UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

-------------------------------------------------------------x

Civil No.: 1:03-MD-01539

IN RE ROYAL AHOLD N.V.
SECURITIES & ERISA LITIGATION          ALL SECURITIES ACTIONS

-------------------------------------------------------------x


**COMPENDIUM OF AFFIDAVITS OF LEAD COUNSEL AND PLAINTIFFS'
ASSISTING COUNSEL IN SUPPORT OF LEAD COUNSEL'S APPLICATION FOR AN
AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**


Andrew J. Entwistle, Esq. (AE-6513)
Johnston de F. Whitman, Jr., Esq. (JW-5781)
Stephen D. Oestreich, Esq. (SO-8933)(Of Counsel)
Richard W. Gonnello, Esq. (RG-7098)
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue, 26th Floor West
New York, NY 10017
(212) 894-7200

*Lead Counsel for Lead Plaintiffs, the Public
Employees' Retirement Association of Colorado
and Generic Trading of Philadelphia, LLC*


**ADELBERG, RUDOW, DORF &
HENDLER, LLC**
7 Saint Paul Street, Suite 600
Baltimore, MD 21202
(410) 539-5195

*Liaison Counsel for Lead Plaintiffs, the Public
Employees' Retirement Association of Colorado
and Generic Trading of Philadelphia, LLC*

### LODESTAR AND EXPENSES BY FIRM FOR
### IN RE ROYAL AHOLD, N.V. SECURITIES & ERISA LITIGATION
### MDL 1:03-MD-01539

| FIRM | TAB | TOTAL HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| Entwistle & Cappucci LLP | 1 | 120,399.40 | $41,153,720.50 | $2,711,969.69 |
| Adelberg Rudow Dorf & Hendler LLC | 2 | 1,522.80 | $356,259.00 | $8,512.28 |
| Barrack Rodos & Bacine | 3 | 7,724.00 | $2,483,202.50 | $31,021.11 |
| Berger & Montague, P.C. | 4 | 2,990.70 | $1,287,049.50 | $12,370.78 |
| Bernstein Litowitz Berger & Grossmann LLP | 5 | 2,239.60 | $899,512.25 | $66,998.54 |
| Cohen, Milstein, Hausfeld & Toll, P.L.L.C. | 6 | 891.75 | $370,598.75 | $60,262.09 |
| Kaplan Fox & Kilsheimer LLP | 7 | 3,125.75 | $987,560.00 | $140,543.15 |
| Milberg Weiss Bershad & Schulman LLP | 8 | 4,251.85 | $1,442,170.25 | $209,171.13 |
| Murray Frank & Sailer LLP | 9 | 2,948.20 | $1,242,526.00 | $7,671.03 |
| Shalov Stone & Bonner LLP | 10 | 1,612.00 | $564,187.50 | $14,118.57 |
| Rotter Rechtsanwaelte | 11 | 190 | $71,820.00 | $5,120.39 |
| **TOTALS** | | **147,896.05** | **50,858,606.25** | **3,267,758.76** |

# **TAB 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------------------------x

IN RE ROYAL AHOLD N.V.
SECURITIES & ERISA LITIGATION

Civil No.: 1:03-MD-01539

ALL SECURITIES ACTIONS


------------------------------------------------------------x

## AFFIDAVIT OF ANDREW J. ENTWISTLE
## IN SUPPORT OF LEAD COUNSEL'S APPLICATION FOR AN
## AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

STATE OF NEW YORK     )
                      ): ss
COUNTY OF NEW YORK    )

ANDREW J. ENTWISTLE, being duly sworn, deposes and says:

1.     As sole Lead Counsel in this action, I and other attorneys and professional staff of

my firm, Entwistle & Cappucci LLP, were involved in all aspects of this litigation, as set forth

more specifically in the Affidavit of Andrew J. Entwistle In Support of Lead Plaintiff's Motion

for Final Approval of Certification of Settlement Class, Final Approval of Settlement and Plan of

Allocation of Settlement Proceeds and Lead Plaintiffs' Motion In Support of Lead Counsel's

Application For An Award Of Attorney's Fees and Reimbursement Of Expenses (the "Entwistle

Affidavit"), to which the Court is respectfully referred.

2.     In connection with the prosecution of this litigation, the Public Employees'

Retirement Association of Colorado ("COPERA") and Generic Trading of Philadelphia, LLC

("Generic Trading") (together, "Lead Plaintiffs") approved the participation of a certain other

law firms and attorneys ("Plaintiffs' Assisting Counsel") based upon their demonstrated

commitment to Lead Plaintiffs' goals of efficient and effective litigation designed to maximize the recovery of the Class. Plaintiffs' Assisting Counsel worked under the direct supervision and control of Lead Plaintiffs and Lead Counsel, who together assigned and reviewed all work that Plaintiffs' Assisting Counsel performed in this action.

3.      The Exhibits to this Compendium of Affidavits of Lead Counsel and Plaintiffs' Assisting Counsel In Support of Lead Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses (the "Compendium") are Affidavits attaching schedules setting forth summaries of the attorneys' fees and expenses that Lead Counsel and Plaintiffs' Assisting Counsel incurred in prosecuting this action from the inception of the case through the preparation of materials supporting the Court's final approval of the Settlement (the "Contingent Fee Period"). The Contingent Fee Period is the period of time during which Lead Counsel and Plaintiffs' Assisting Counsel have worked to benefit the Class without any compensation or reimbursement of any kind.

4.      The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by each attorney, paralegal and support staff member of Entwistle & Cappucci LLP who was involved in this litigation during the Contingent Fee Period and the lodestar calculation based on my firm's current billing rates. Similar Affidavits and schedules for Plaintiffs' Assisting Counsel are attached in alphabetical order as Tabs 2-11 of this Compendium.

5.      For attorneys and paralegals who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. Exhibit 1 was prepared from contemporaneous daily time records regularly prepared and maintained by my firm. These records are available at the request of the

Court. Time expended in preparing this Application for an Award of Attorneys' Fees and Reimbursement of Expenses and all related materials has not been included in Exhibit 1 hereto or in this request.

6.     The hourly rates for attorneys and paralegals of my firm included in Exhibit 1 are the same as the regular current rates charged for their services in other securities or shareholder litigation.

7.     The total number of hours expended on this litigation by my firm during the Contingent Fee Period is 120,399.40 hours. The total lodestar for my firm during the Contingent Fee Period is $41,153,720.50, consisting of $29,263,393.00 for attorneys' time and $11,890,327.50 for paralegals' time.

8.     My firm's lodestar figures are based upon the firm's billings rates, which do not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

9.     As detailed in Exhibit 2, my firm has incurred a total of $2,711,969.69 in unreimbursed expenses in connection with prosecuting this litigation during the Contingent Fee Period.

10.     The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred. These records are available at the request of the Court.

11.     With respect to the standing of my firm, attached hereto as Exhibit 3 is my firm's

resumé, which includes information on the attorneys in my firm who were principally involved

in this litigation.

Andrew J. Entwistle

Sworn to before me this
12th day of May 2006

Notary Public

Notary Public, State of New York
KAREN LEDDY
No. 01LE6084765
Qualified in Bronx County
Commission Expires December 16, 2006

4

# EXHIBIT 1

EXHIBIT 1

### In re Royal Ahold Securities & "ERISA" Litigation
Entwistle & Cappucci LLP
Lodestar: Inception through May 10, 2006*

| Name | Status | Rates | Hours | Lodestar |
|------|--------|-------|-------|----------|
| Entwistle, Andrew J. | P | 595 | 8,642.00 | $ 5,141,990.00 |
| Whitman, Johnston deF. | P | 570 | 8,424.10 | $ 4,801,737.00 |
| Cappucci, Robert N. | P | 550 | 1,041.70 | $ 572,935.00 |
| Frueh, Michael M. | P | 575 | 225.60 | $ 129,720.00 |
| McGuire, Harold F. | P | 595 | 0.30 | $ 178.50 |
| Nawracaj, Richard | P | 575 | 1,687.80 | $ 970,485.00 |
| Nelson, Craig E. | P | 595 | 2,502.20 | $ 1,488,809.00 |
| Hostin, Asuncion C. | C | 525 | 461.00 | $ 242,025.00 |
| Klafter, Jeffrey | C | 575 | 872.10 | $ 501,457.50 |
| Oestreich, Stephen D. | C | 590 | 3,474.60 | $ 2,050,014.00 |
| Byrne, Sarah | A | 335 | 2,439.40 | $ 817,199.00 |
| Chung, Helen | A | 460 | 438.30 | $ 201,618.00 |
| Cortez, Jordan | A | 360 | 228.90 | $ 82,404.00 |
| DiLuca, Tara R. | A | 435 | 1,631.10 | $ 709,528.50 |
| Driscoll, Daniel J. | A | 290 | 984.60 | $ 285,534.00 |
| Gonnello, Richard W. | A | 545 | 3,160.10 | $ 1,722,254.50 |
| Green, Darby J. | A | 360 | 2,859.10 | $ 1,029,276.00 |
| Jachimowski, Adam | A | 435 | 237.00 | $ 103,095.00 |
| Keenan, Michael D. | A | 435 | 5,503.80 | $ 2,394,153.00 |
| Kort, Allison | A | 435 | 11.50 | $ 5,002.50 |
| Lutz, Ardnt | A | 325 | 2,047.90 | $ 665,567.50 |
| Platek, Andrew E. | A | 435 | 4,382.70 | $ 1,906,474.50 |
| Rossi, Frank S. | A | 435 | 1,111.50 | $ 483,502.50 |
| Singh, Amita | A | 360 | 2,452.60 | $ 882,936.00 |
| Udin, Andrew | A | 435 | 372.30 | $ 161,950.50 |
| Wade, Locksley O. | A | 435 | 3,197.40 | $ 1,390,869.00 |
| Wickersham, William W. | A | 460 | 754.00 | $ 346,840.00 |
| Marciano, Virginia | LC | 225 | 434.50 | $ 97,762.50 |
| Palma, John | LC | 225 | 347.00 | $ 78,075.00 |
| Ayala, Kevin | PL | 150 | 934.70 | $ 140,205.00 |
| Baird, Linda | PL | 190 | 28.40 | $ 5,396.00 |
| Bernard, Madeline | PL | 225 | 4,108.80 | $ 924,480.00 |
| Brito, Josefa | PL | 190 | 45.50 | $ 8,645.00 |
| Brown, Maureen | PL | 225 | 655.70 | $ 147,532.50 |
| Carbone, Jennifer | PL | 225 | 2,335.30 | $ 525,442.50 |
| Casey, Shannon | PL | 190 | 1,668.71 | $ 317,054.90 |
| Castillo, Ernesto A. | PL | 210 | 144.15 | $ 30,271.50 |
| Connor, Amanda | PL | 125 | 98.70 | $ 12,337.50 |
| Cruz, Vannessa | PL | 190 | 1,632.30 | $ 310,137.00 |
| Daly, Tanya | PL | 190 | 1,063.60 | $ 202,084.00 |
| Dugan, Emily J. | PL | 190 | 1.50 | $ 285.00 |
| Flannery, Michael | PL | 125 | 129.50 | $ 16,187.50 |
| Forstrom, Jennifer | PL | 190 | 1,512.50 | $ 287,375.00 |
| Gitmeid, Robert | PL | 190 | 1,804.05 | $ 342,769.50 |
| Grendi, Zachary | PL | 190 | 3,113.35 | $ 591,536.50 |
| Gregory, Mary C. | PL | 190 | 315.00 | $ 59,850.00 |
| Henry, William E. | PL | 190 | 2,116.85 | $ 402,201.50 |
| Hernandez, Celeste | PL | 210 | 2,072.90 | $ 435,309.00 |
| Hice, Jennifer | PL | 110 | 348.10 | $ 38,291.00 |
| Jones, Roland | PL | 190 | 1,679.30 | $ 319,067.00 |
| Joyce, Alisa | PL | 125 | 1,345.90 | $ 168,237.50 |

| Name | Status | Rates | Hours | Lodestar |
|------|--------|-------|-------|----------|
| Kamil, Jeffrey E. | PL | 190 | 138.50 | $ 26,315.00 |
| Kaufman, Rachel | PL | 190 | 2,654.25 | $ 504,307.50 |
| King, Joy | PL | 190 | 992.40 | $ 188,556.00 |
| Leddy, Karen | PL | 190 | 40.45 | $ 7,685.50 |
| Lo, Sylvia | PL | 190 | 2,973.51 | $ 564,966.90 |
| Maloney, Teresa | PL | 250 | 3,186.80 | $ 796,700.00 |
| Meherish, Payal | PL | 125 | 90.70 | $ 11,337.50 |
| Messina, David | PL | 125 | 21.70 | $ 2,712.50 |
| Mezzina, Michael | PL | 125 | 13.50 | $ 1,687.50 |
| Newton, Thomas | PL | 190 | 622.50 | $ 118,275.00 |
| Nolan, Kenneth T. | PL | 250 | 157.70 | $ 39,425.00 |
| O'Donoghue, Pauline | PL | 190 | 94.95 | $ 18,040.50 |
| Pasquerello, Sara Lyons | PL | 190 | 552.20 | $ 104,918.00 |
| Philion, Daniel | PL | 225 | 279.00 | $ 62,775.00 |
| Phillips, Amber | PL | 225 | 1,176.30 | $ 264,667.50 |
| Regan, Justin | PL | 110 | 2.00 | $ 220.00 |
| Ricca, Josephine | PL | 190 | 35.20 | $ 6,688.00 |
| Ricca, Paul | PL | 190 | 110.40 | $ 20,976.00 |
| Ross, Norm | PL | 190 | 496.00 | $ 94,240.00 |
| Sanfilippo, Lindsay | PL | 190 | 746.60 | $ 141,854.00 |
| Searson, Aaron S. | PL | 210 | 1,536.80 | $ 322,728.00 |
| Shalevich, Inessa | PL | 190 | 1,926.60 | $ 366,054.00 |
| Sogluizzo, Arlene | PL | 190 | 128.10 | $ 24,339.00 |
| Sosby, Jessica | PL | 225 | 26.60 | $ 5,985.00 |
| Spota, Patricia | PL | 190 | 2,999.30 | $ 569,867.00 |
| Sweeney, Joseph G. | PL | 190 | 2,741.60 | $ 520,904.00 |
| Sygdziak, Norbert | PL | 190 | 2,779.15 | $ 528,038.50 |
| Taggart, Sarah | PL | 190 | 984.60 | $ 187,074.00 |
| Wawrzeniak, Jenifer | PL | 190 | 1,922.58 | $ 365,290.20 |
| White, Sarah | PL | 190 | 1,566.00 | $ 297,540.00 |
| Zimmer, Andrew | PL | 190 | 2,323.50 | $ 441,465.00 |
|  |  |  |  |  |
| **TOTAL** |  |  | **120,399.40** | $ **41,153,720.50** |

* The time reflected above does not include the considerable time charges after the January 6, 2006 Preliminary Approval hearing related solely to the prosecution of claims against Deloitte.

# EXHIBIT 2

## EXHIBIT 2

### In re Royal Ahold Securities & "ERISA" Litigation
### Entwistle & Cappucci LLP
### Expenses: Inception thorugh May 10, 2006*

| EXPENSE DESCRIPTION | AMOUNT | |
|---|---|---|
| Ahold Website/Related Expenses | $ | 18,750.00 |
| Consultants/Experts/Investigators | $ | 686,734.45 |
| Court Reporter/Transcript Fees | $ | 19,191.03 |
| Document Conversion/Scanning/Electronic Database (and other Technology Expenses related to 15 million page plus document production and database) | $ | 631,092.58 |
| Facsimile Charges | $ | 6,309.66 |
| Federal Express/DHL/Postage | $ | 24,083.24 |
| Filing Fees | $ | 227.00 |
| Legal Research | $ | 449,361.04 |
| Meals (includes travel meals, conferences and overtime meals) | $ | 110,500.89 |
| Mediation | $ | 19,620.00 |
| Messenger Services | $ | 810.80 |
| Reproduction Charges | $ | 290,582.25 |
| Service of Process | $ | 27,084.32 |
| Telephone | $ | 12,151.08 |
| Translation Charges | $ | 184,885.64 |
| Travel Expenses | $ | 230,585.71 |
| | | |
| **FIRM TOTAL** | **$** | **2,711,969.69** |

* The expenses listed above do not include post January 6, 2006 Preliminary Approval hearing expenses related solely to the prosecution of claims against Deloitte. Staff overtime amounting to more than $1 million has not been included in this expense request though we do seek reimbursement for overtime meals (which are capped at $15 per person, per meal) and "yellow cabs" used for late night transportation.

# EXHIBIT 3

# ENTWISTLE & CAPPUCCI LLP
# FIRM RESUME

## Entwistle & Cappucci at a Glance

Entwistle & Cappucci is dedicated to providing the most complete and effective legal representation without limitation. The Firm employs seasoned and the best credentialed members of the bar in selected areas of expertise through offices located in Armonk, NY; Austin, TX, Chicago, IL, Florham Park, NJ, New York, NY, Tallahassee, FL and Washington, D.C. Taking advantage of a sophisticated proprietary information network, the Firm is committed to using technology in innovative ways that serve our clients' needs with speed and efficiency. We have received an AV-rating from Martindale-Hubbell and are listed in the Bar Register of Preeminent Lawyers; The Definitive Guide to the Most Distinguished Law Firms in America.

We invite you to learn more about who we are and what we do by visiting our website, www.entwistle-law.com, or by contacting our founding partners, Andrew J. Entwistle, aentwistle@entwistle-law.com, or Vincent R. Cappucci, vcappucci@entwistle-law.com, who would be happy to answer any questions and direct you to other appropriate attorneys within the Firm.

Thank you for your interest in Entwistle & Cappucci.

## Practice Groups

Entwistle & Cappucci's tradition of strength and creativity in the service of clients around the world traces its history to firms established more than 30 years ago. Today, we extend our commitment to meet changing client needs by combining this tradition with the most advanced computer and communications technology.

We define ourselves and our practice by the strength of our relationships. At the heart of these strong and successful relationships is our understanding of the needs and goals of our clients. An experienced team of lawyers brings depth, expertise and common sense to the search for practical solutions to business and legal problems. Every person working in our firm is dedicated to developing long-lasting relationships, rich with the goals we help our clients achieve.

In the following pages, we provide summaries of our approach to the law in our principal areas of practice:

- **Complex Business and Commercial Litigation**
- **Securities Litigation and Corporate Governance**
- **Business Transactions**
- **Employment and Labor**
- **Executive Compensation**
- **Government Affairs and Administrative Law**
- **Insurance and Reinsurance**
- **Intellectual Property and Cyberlaw**
- **Trust and Estate Litigation, Planning and Administration**
- **Alternate Dispute Resolution**
- **Workouts, Reorganizations and Bankruptcy Litigation**

## Complex Business and Commercial Litigation

Our litigators represent institutional, corporate, governmental and individual clients in many industries, including both domestic and foreign interests. The Firm has an active trial practice involving cases pending in federal and state courts and administrative and regulatory bodies throughout the country. We also provide counsel and guidance in connection with planning and structuring operations and transactions to minimize litigation risks.

The Firm litigates matters in almost all fields of commercial law, including: corporate finance; traditional banking, merchant banking and investment banking; workout and reorganization related matters; general commercial and contract litigation; antitrust; employment and labor; insurance and reinsurance; the defense of directors and officers; the defense of lawyers and accountants in professional malpractice claims; products liability; admiralty; oil, coal, gas and energy-related matters; environmental matters; benefits and ERISA litigation; federal and state tax disputes; and intellectual property, anti-competition and cyberlaw disputes. The Firm also prosecutes traditional price-fixing and restraint of trade antitrust cases, utilizing both class action litigation methods and individual representation in federal and state courts.

Litigation is the most costly form of dispute resolution available to clients. As a result, our lawyers always counsel on alternative legal courses of action on the assumption that only an informed client is in a position to make a sound business judgment regarding whether to litigate. Regardless of the course chosen, we pursue an aggressive strategy designed to maximize results and minimize costs.

## **Securities Litigation and Corporate Governance**

Entwistle & Cappucci LLP has one of the nation's leading securities litigation practices. We have a highly experienced team of litigation professionals -- specializing in all aspects of securities related litigation for public pension funds and other institutional investors, including private, class and derivative actions as well as actions alleging breach of fiduciary duty, corporate waste, appraisal proceedings, and actions challenging corporate transactions on fairness and other grounds -- supported by corporate finance, bankruptcy, and insurance lawyers. This multi-disciplinary team approach gives us a unique perspective and the ability to creatively resolve disputes in the litigation, corporate workout and bankruptcy arenas. Our Firm prosecutes only highly meritorious actions after conducting a thorough pre-filing factual and legal investigation of potential claims. The Firm currently serves as Lead Counsel in many prominent securities class actions pending throughout the country.

In recent years, the Firm has significantly broadened its representation of public and private pension systems in securities and commercial litigation as those entities have become more selective in choosing counsel in this practice area. Our success is demonstrated not only by the roster of institutional clients who seek our advice, but also by the recoveries, totaling over $2 billion, which our Firm has secured for defrauded investors in recent years in a multitude of high profile securities class actions where we served in a leadership role. In fact, Entwistle & Cappucci has served in a leadership role in many of the largest securities class action settlements since 1999, including: *In re DaimlerChrysler A.G. Securities Litigation*, Master Docket No. 00-0993 JJF (U.S. Dist. Ct., D. Del) ($300 million settlement); *In re BankAmerica Corp. Securities Litigation*, No. MDL 1264 (U.S. Dist. Ct., E.D. Mo.) ($490 million settlement); *In re Oxford Health Plans Securities Litigation*, No. MDL 1222 CLB (U.S. Dist. Ct., S.D.N.Y.) ($300 million settlement); and *In re Dollar General Corp. Securities Litigation*, No. 3:01-0388 (U.S. Dist. Ct.,

M.D. Tenn.) ($172.5 million settlement). In other high-profile post-1999 securities actions, we have represented major institutional investors in private opt-out actions to achieve improved recoveries.

The Firm currently represents the Public Employees' Retirement Association of Colorado as sole lead counsel in *In re Royal Ahold, N.V. Securities and "ERISA" Litigation*, 03-md-01539-CCB (U.S. Dist. Ct., D. Md.) involving a widely reported financial fraud at Royal Ahold's U.S. Foodservice subsidiary, resulting in billions of dollars in restatements of revenue and earnings, and demonstrating a fiasco of international corporate governance and gross absence of internal financial controls. Here, our Firm represents a worldwide class of investors requiring coordination with proceedings in Amsterdam and discovery proceedings which have already included the production of eleven million pages of documents.

The Firm was recently retained by New York State Comptroller Alan Hevesi, as sole trustee to the New York State Common Retirement Fund, in *Hevesi v. Merck & Co., Inc., et al.*, 04-cv-05866-SRC-JJH (U.S. Dist. Ct., D. N.J.). This widely-reported class action seeks to recover losses experienced by investors in Merck & Co., Inc. ("Merck") securities arising out of defendants' scheme to issue materially false and misleading statements and/or omissions of material fact in connection with Merck's popular prescription drug product, Vioxx, and Merck's lack of disclosure related to an unacceptably high risk of adverse cardiovascular reactions. The September 30, 2004 withdrawal of Vioxx from worldwide markets punished the Company's stock price (representing a 26 percent, or $26 billion loss in market capitalization in just one day) and future earnings prospects precisely as the defendants knew would occur when they could no longer distort and conceal the truth about Vioxx.

Our work with public institutional investors and governmental entities, which includes working relationships with offices of attorneys general, governors and various state agencies across the country, grows out of our long standing representation of private institutional investors and various domestic and foreign insurance, reinsurance and banking institutions. The Firm aspires to build lasting relationships that are characterized by a detailed and responsive understanding of client goals and objectives. In addition to our securities litigation and related practice areas, the Firm is also actively engaged in representing clients in other practice areas, including: corporate and antitrust litigation, corporate finance and transactional work, bankruptcy and workouts, insurance and reinsurance, trusts and estates, intellectual property, and employment law matters.

We also have years of experience advising public and private institutional clients on corporate governance matters, including board structures and composition, by-law and certificate of incorporation provisions, takeover devices, management remuneration, and accounting and reporting processes, relating to business enterprises in a multitude of industries in both foreign and domestic financial markets. In this connection, we are highly skilled at litigating in all state and federal courts, governance and corporate transactional disputes, including claims for corporate waste, breach of fiduciary duty, self-dealing, fairness and improper business judgment. We are well-equipped to provide in-depth analyses of governance practices and are at the forefront of leading governance issues which best serve long-term investment objectives and principles. We also maintain active interaction with domestic and international institutional investor associations, including the Council of Institutional Investors and the International Corporate Governance Network, and have been called on routinely to provide advice in connection with wide-ranging shareholder issues. The firm shares the views of our institutional

clients that effective corporate governance and monitoring of business enterprises for
transparency and accountability to shareholders and employees, serves the interests of all
investors and preserves the integrity of our financial markets.

The success of the firm is challenging the fairness of business transactions and board
conduct is amply demonstrated by its role as lead-counsel in *In Re Seagate Technology, Inc.,
Shareholders Litigation*, where we obtained monetary benefits of $200 million, as well as non-
monetary disclosure and transactional relief. This action arose from a two-step transaction
involving a Seagate management group and a third party, whereby Seagate's assets were to be
sold to the management group at a price far below fair-market value. The case presented serious
conflicts of interest among Seagate's board, attorneys and financial advisors, who were
ultimately severely criticized by the Delaware Chancery Court. Our firm's negotiating efforts
provided for significant non-case benefits to shareholders, which included revised proxy
materials as well as an unbiased supplemental fairness opinion. This litigation was resolved after
extensive document and deposition discovery, and the full submission of motions to enjoin the
original transaction.

In *In Re SouthWest Gas Shareholders Litigation*, the firm also represented famed Wall
Street investor Mario Gabelli and the Gabelli Companies (the utility's largest institutional
investor) in connection with a well-publicized failed merger transaction. Here, we negotiated a
myriad of corporate governance resolutions with management, including a reconstituted majority
of independent directors and Dutch auction proposals. The firm's retention in this litigation was,
in fact, reported in our client's Schedule 13-D filings.

Some of the governance "best practices" that we have achieved through litigation
alternatives have also included:

- **Restructuring board of director membership to include a two-thirds majority of "independent directors;"**

- **Independent directors on all board committees;**

- **Annual management reviews;**

- **Annual election of directors;**

- **No "classified" boards whereby staggered terms are instituted;**

- **Equal voting for different classes of stock;**

- **Non-use of "repriced" or discounted stock options; and,**

- **Enhanced disclosure for expensing of stock options.**

We also routinely interface with federal agency, congressional and state representatives on legislative and regulatory initiatives covering governance-related issues. We have particular expertise covering requirements under the Sarbanes-Oxley Act of 2002 (as well as exchange listing requirements) and have lectured and written on issues related to management certifications, fraud detention, internal audits and document destruction.

Our Firm provides its institutional clients interested in the most up-to-date and innovative approaches to monitoring securities litigation developments with an advanced Monitoring and Reporting Program designed to furnish our clients with the most complete information available to evaluate whether: (i) to pursue securities class action litigation as a lead plaintiff or as a member of the class; (ii) to litigate claims on an independent basis; or (iii) not to pursue litigation. In general, our Monitoring and Reporting Program involves a regular review of our client's latest holdings in light of emerging market conditions and corporate developments to help identify matters where our clients may consider litigation. As part of our Monitoring and Reporting Program, the Firm performs a preliminary analysis that involves reviewing client losses as well as a detailed report on developing cases including, among other things: (i) a

description of the factual and legal underpinnings of potential claims; (ii) strategies for resolution (which may or may not include litigation); (iii) an overview of the likelihood of recovering all or a portion of our client's losses; and (iv) the opportunities to advocate corporate governance changes. As part of our evaluation, we also advise our clients regarding insurance coverage and assets that may be available to satisfy any judgment or settlement, analyze the potential impact on additional investment portfolios to the extent they contain other or related securities in the subject company (for example, holdings of both common stock and corporate bonds) and related trading and investment issues impacted by litigating or otherwise actively pursuing a business resolution of claims in the situation presented.

We invite you to contact us to learn more about our securities litigation practice as well as to receive regular updates on the many securities cases we are currently prosecuting to better protect your interests and investments.

## Business Transactions

The Firm provides a broad range of legal services in the area of domestic and international business transactions where our attorneys are deeply committed to providing responsible, cost-effective and timely counseling to our clients. In addition to general corporate and commercial law, we have specialized expertise in:

- **Entity Formation**: an area in which we advise on the proper choice of entity and formation of corporations, limited liability companies and partnerships; negotiation and documentation of shareholder agreements, limited liability company agreements, partnership agreements and employee agreements; advise on the initial funding of start-up enterprises and follow-on transactions;

- **Mergers and Acquisitions**: a historically active area of our transactional practice, in which we advise companies, boards of directors and shareholders/owners in mergers, acquisitions, dispositions and leveraged buy-outs;

- **Securities Issuance**: where our experience includes accessing U. S. Capital markets through public offerings and private placements;

- **Venture Capital**: where our business-sensitive attorneys understand the unique issues confronting entrepreneurs and capital providers and are regularly engaged by start-up companies, emerging growth companies and mature businesses in a wide variety of industries, from conventional to technology-based industries, where we represent clients that are either portfolio companies or capital providers that are engaged in equity, mezzanine and/or senior debt financings;

- **Exit Strategies**: an area in which we advise clients on the proper choice of an exit, including a sale, a public offering, refinancings, recapitalizations, restructuring and spinning-off businesses;

- **Asset Protection Planning**: where our attorneys advise on the transfer of an individual's assets to protect those assets from the claims of future creditors, and to minimize U.S. income, gift and estate taxation;

- **Commercial Law and Finance**: an area in which we negotiate and structure a wide variety of transactions including license, franchise and distributorship arrangements, asset-based loans and letters of credit on behalf of both lenders and borrowers;

- **Broker-Dealer Regulation**: an area in which we have expertise in the formation of licensed registered broker-dealers as well as with respect to SEC, NYSE and NASD rules and compliance.

## Employment and Labor

Our Employment Law attorneys represent individuals and businesses ranging from closely held companies to major corporations and financial institutions. While our lawyers have in the past, and do presently, handle a variety of traditional labor issues, the focus in recent years has been more on employment matters.

Entwistle & Cappucci has represented individuals, professionals, manufacturing companies, service organizations, financial institutions, insurance brokerages, and major insurance and reinsurance companies across the country in a variety of employment related matters, including discrimination, fraud, trade secret, unfair competition and related matters in the state and federal courts, and administrative proceedings before federal agencies such as the EEOC and OFCCP and a variety of state agencies including, among others, New York's Human Rights Division. We have also handled labor negotiations, NLRB proceedings and various related litigations, including benefits and ERISA litigation.

The Firm has counseled clients on procedures to avoid employment discrimination and wrongful discharge claims; on conducting employment audits; and on drafting employment agreements, policies and handbooks. In addition, we conduct lectures and other in-house training on topical issues of concern, such as the avoidance of claims in response to new OFCCP and EEOC initiatives, the Americans With Disabilities Act, Equal Pay Act, and hostile work environment and other sexual harassment claims.

## Executive Compensation

Our Executive Compensation practice includes all phases of negotiation and legal drafting for virtually every type of executive compensation transaction, both from the company's and the executive's point of view. While our executive clients have at times likened us to sports agents, we prefer to think of ourselves as facilitators who assist them in closing an agreement in a manner that maximizes value.

We also advise directors and officers of major multi-national corporations, closely-held businesses, banks, financial institutions and start-up ventures on virtually every "boardroom" issue, including stock purchases, corporate takeovers, the purchase and sale of businesses, and other areas impacting upon their corporate responsibilities.

While we strive to resolve all matters in this area, the Firm will not hesitate to litigate disputed matters in federal and state courts or before administrative agencies throughout the country, if necessary.

## Government Affairs and Administrative Law

The firm has a national lobbying and government affairs practice representing prominent multi-national corporations, national and state associations, and small and mid-sized businesses requiring expertise in the development, management and resolution of public policy issues before the intergovernmental community.

Our lawyers draw on their own resources and upon a network of veteran intergovernmental affairs professionals from both sides of the aisle at both the state and national levels. In this way, we can work with our clients to assure the point of access and level of advocacy before decision makers most appropriate to their specific needs.

Our unique perspective combines legal and business analysis with the insights of various intergovernmental affairs professionals to establish highly effective public affairs strategies, including coalition building, message development, crisis management, legislative tracking, public disclosure reporting, advocacy before legislative committees and regulatory agencies, and overall issue advocacy.

As in all areas of our practice, our government relations work is focused on developing, implementing and completing a common-sense based strategy to ensure goals are met.

## Insurance and Reinsurance

We represent and advise primary insurers, excess insurers, reinsurers and insurance brokers, providing guidance in capacities ranging from coverage issues and regulatory matters to the defense of insurers in almost all areas of law, including the litigation of coverage and intercompany disputes, insolvencies and rehabilitations. We litigate complex insurance coverage

disputes including:  insurance fraud and arson; various issues arising under CGL policies --
especially large multi-site environmental and toxic tort actions; the errors and omissions of
insurance professionals, attorneys and accountants; directors' and officers' liability; advertising
liability; employment; coverage disputes arising under public official and law enforcement
policies; and insurer, reinsurer and fiduciary insolvencies.  We have also been active in the
litigation of coverage matters arising from toxic tort claims such as waste sites, lead paint,
chemical and radiation exposure, asbestos (PD and BI) and several HIV claims.

Whether we are actively litigating disputes or advising on coverage, regulatory and
related business matters, our lawyers work hard to anticipate both the direct business effect on
the client's position in a specific matter and the effect upon the client's overall position in respect
of a given line of business or the insurance industry as a whole.  For example, we are often asked
to comment on whether a beneficial position in an inter-company coverage or reinsurance
dispute will compromise the position taken by the company in other matters.

Our lawyers have also litigated a broad variety of direct suits involving environmental,
E&O, D&O, advertising liability, catastrophic injury cases, business contracts, labor and
employment, copyright and trademark, product liability, and public official and law enforcement
liability issues.  Our work in these areas includes the direct representation through trial of public
officials in antitrust, zoning and discrimination cases; attorneys and accountants in securities
fraud, RICO and other malpractice cases; directors and officers in securities fraud, RICO and
related cases; and corporations in contract, antitrust, insolvency, employment, ERISA and
product liability suits.

As a complement to the Firm's insurance and reinsurance litigation practice, we have
conducted audits of claims files and conduct employment audits for insurance industry clients to

determine the appropriateness of internal regulatory policies and procedures, including compliance with state and federal employment laws. We have, as well, directed various internal investigations for industry and non-industry clients.

On May 16, 2003, the Firm was selected to act as counsel to the New York State Superintendent of Insurance. This retention, also pursuant to a competitive RFP process, engages the Firm for purposes of investigating and prosecuting actions including financial and business fraud, breach of fiduciary duties and other wrongdoing by insurers placed into liquidation, as well as the institution of actions against third parties (including outside auditors) for acts in connection with public filings and other regulated matters.

## Intellectual Property and Cyberlaw

The Firm has long counseled its clients with regard to their intellectual property rights, particularly the enforcement of those rights through litigation, arbitration or mediation. We have litigated patent, trademark and copyright cases ranging from basic trademark infringement matters to patent-antitrust cases for clients in a variety of industries.

In the last several years, this practice has grown and shifted to include representation in cyberlaw matters for computer, software, information and internet companies. Online and Internet-related client companies include B2B exchanges, B2B companies, B2C companies, content developers, distributors, backbone, infrastructure and telecom providers and software, platform and website developers. Recent transactions in this area have included everything from subscription agreements, venture capital and other financing arrangements, to content distribution, weblinking, EDI and website and software development agreements to transactions involving corporate acquisitions, sales and mergers. We are also active in the area of unfair competition, confidentiality and issues surrounding the duty of loyalty of employees, officers and directors to the various entities with which they are affiliated. We are regularly called upon to

represent corporations in drafting appropriate agreements to protect their rights regarding trade secrets, other confidential business information, software development and other innovations including, but not limited to, agreements limiting the future rights of employees to compete with the company post-termination.

Entwistle & Cappucci lawyers also litigate these matters when necessary to protect trade secrets and proprietary information, including source code, object code, and the documentation and design of various other technology innovations, in addition to the more traditional areas involving such issues including sales and marketing (including customer lists, pricing and the like in the sales and marketing area), scientific processes in the manufacturing, petrochemical and pharmaceutical industries and protected information in the financial industry.

## Trust and Estate Litigation, Planning and Administration

Our lawyers have been at the forefront of some of the most complex and prominent litigation involving estates and trusts in the country. We represent both fiduciaries and beneficiaries in defending and prosecuting all manner of will contests; proceedings to construe testamentary documents; allegations of mismanagement, self-interested dealing and related claims involving the valuation and management of estates, trusts and other arrangements involving fiduciaries; and virtually all other types of contested matters involving estates and trusts. More recently, our lawyers were instrumental in recovering $54 million dollars in a hotly contested estate litigation on behalf of a disenfranchised beneficiary.

Planning for the future transfer of wealth including planning for catastrophic illness continues to be an important personal service that we bring to our clients. In this area our lawyers work closely with our corporate group to structure family and closely held businesses, assist with succession planning and structure new ventures to minimize adverse estate tax consequences.

Our corporate lawyers also work closely with our estate lawyers to structure transactions during trust and/or estate administration in a way that maximizes value and minimizes the tax impact on the beneficiaries.

## Alternate Dispute Resolution

The Firm's lawyers are engaged in all aspects of alternative dispute resolution, including certified mediation in the federal court system. In addition, we have represented clients in various forms of alternative dispute resolution, including securities, insurance, employment and commercial arbitrations, summary jury trials, and mediations. We have found that alternative dispute resolution resolves many cases, particularly when all sides to the dispute agree that litigation is no longer an effective or efficient way of settling their dispute and when all sides are convinced they possess all of the relevant information. Whenever we are engaged in litigation or other kinds of disputes, we always consider whether alternative dispute resolution will provide a solution for the client.

## Workouts, Reorganizations and Bankruptcy Litigation

Our litigators, corporate lawyers and bankruptcy counsel work in concert to creatively and efficiently structure corporate workouts and reorganizations both before and in bankruptcy; advise equity holder and creditor committees; handle bankruptcy-related litigation, including the prosecution of claims and litigation of adversary proceedings; and, acquisitions out of bankruptcies and in other distressed circumstances. Most recently, these representations have included the representation of public and private institutional investors and committees in major bankruptcies, including the Enron, Worldcom, and OMC bankruptcies.

*       *       *

*Entwistle & Cappucci LLP -- a tradition of strength, creativity and client service -- without limits*

## SELECTED ATTORNEY BIOGRAPHIES

*Partners*

### Andrew J. Entwistle

Andrew J. Entwistle is a founding partner of Entwistle & Cappucci LLP. The son of a Scottish coal miner and an American schoolteacher, he received his undergraduate degree from the University of Notre Dame and his law degree from the University of Syracuse College of Law. Mr. Entwistle's practice principally involves the representation of public and private institutional investors in complex litigation and corporate finance and transactional matters.

Over the years, Mr. Entwistle has represented clients including Fortune 100 companies, public and private institutional investors, governmental and individual clients in a variety of corporate finance, and transactional matters and in complex business, securities, antitrust and bankruptcy litigation throughout the United States before federal and state courts, surrogate's and probate courts, grand juries, administrative and regulatory agencies and arbitration panels. For example, Mr. Entwistle's recent appointment as sole Lead Counsel by Judge Catherine C. Blake in the *Royal Ahold N.V. Securities and "ERISA" Litigation* (representing the Colorado Public Employees Retirement Association as lead plaintiff) led to a recovery of more than $1.1 billion for his clients. Mr. Entwistle is also actively engaged in the defense of institutional investors and international businesses in complex securities, antitrust, bankruptcy and corporate finance related matters.

Mr. Entwistle was also appointed by Chief Judge Lifland of the United States Bankruptcy Court for the Southern District of New York to serve on the Court's Special Mediation Panel and has actively litigated a number of complex bankruptcy matters including representing the Retired Employees Committee in the *OMC Bankruptcy*, equity holders in the *American Bank Note Bankruptcy* and the Florida State Board of Administration in connection with the *Enron Bankruptcy*. Mr. Entwistle is also Special Litigation Counsel for the Global Crossing Estate Representative in connection with the *Global Crossing Bankruptcy*.

Mr. Entwistle has been named to the Martindale-Hubbell Bar Register of Preeminent Lawyers, to the Order of International Fellowship, Who's Who In The World, Who's Who In America, Who's Who In The East, Who's Who In American Law, Who's Who In Practicing Attorneys, Who's Who In Emerging Leaders In America, Who's Who In Finance and Industry, Who's Who Worldwide Registry and Who's Who Registry of Global Business Leaders. The International Biographical Centre of Cambridge, England named Mr. Entwistle as its International Legal Professional of the Year for 2004 and inducted him into the Centre's International Order of Merit.

Mr. Entwistle was also named the 2003 Man of the Year by the Catholic Big Brothers for Boys and Girls after more than a decade of service on the Board of that organization which service included founding Sports Buddies, NY -- a partnership between the youth of New York City and athletes from the New York Region's professional sports teams. Mr. Entwistle has received special commendations from the President of the United States, the Governors of the States of Georgia and Hawaii, and the New York State Assembly. He also serves as outside counsel to,

and is now or has previously acted as a director on several corporate, advisory and charitable boards. Mr. Entwistle is a member of the Board of Directors of the Guiliani Center for Urban Leadership. In addition to membership in the Federal Bar Council and various city, county, state and national bar associations, Mr. Entwistle is a member of the National Association of Public Pension Funds Attorneys and is an Educational Sustainer of the Council of Institutional Investors.

Mr. Entwistle also acts as Northeast Regional Editor for the Defense Research Institute publication The Business Suit (from 1998-present), is a member of various bar and business association committees (including speaking on Sarbanes-Oxley to the Federal Bar Council's 2003 Annual Bench and Bar Conference and co-chairing a New York State Bar Association Panel on Alternative Dispute Resolution for the Trial Practice Committee of the State Bar's Commercial and Federal Litigation Section), and he has lectured extensively and has been interviewed by print, radio and television journalists to provide commentary on a variety of general business law, litigation, securities law, bankruptcy and trial issues. Mr. Entwistle was a member on the Federal Bar Council's 2005 Winter Bench & Bar Planning Committee and he spoke on both the Class Action Litigation and Cross Border Issues Panels at the Federal Bar Council's 2005 Conference. Mr. Entwistle is also the author of articles and publications on various legal and business topics, including "Second Circuit Update: Beer Supplier and Distributor Must Arbitrate Dispute Despite New York Law to the Contrary," The Business Suit, DRI, January 5, 2006; "Corporate Exposure and Employment Practices Liability," Mealey's Reinsurance Conference, November, 2000; "Distinguishing Valid Fraud Claims From Trumped Up Breach of Contract Actions," The Business Suit, Winter 2000; and "The Fine Line Between An Auditor's Recklessness and Intent to Deceive," The Business Suit, Summer 1999; "What a Web We Weave . . . Jurisdiction in Web-Related Litigation," The Business Suit, Winter 1998 (DRI); "Due Deference -- The Supreme Court Confirms the Post-Daubert Discretion of the Trial Judge as the Gatekeeper," The Business Suit, Winter 1998 (DRI); "Red Light, Green Light, 1-2-3: Stop and Go Traffic on the Information Superhighway," The Business Suit, Winter 1998 (DRI); "The Inevitable Disclosure Doctrine and the Economic Espionage Act: Emerging Weapons In the Battle to Protect Trade Secrets from Theft and Misappropriation," The Business Suit, Spring 1998 (DRI); "Covenants Not to Compete and the Duty of Loyalty," (DRI Spring 1997 Conference Chicago); "New York Business Law Update 1997," (New York State Society of CPA's); "New York Business Law Update 1998," (New York State Society of CPA's); "Excess Insurers Late Notice and Prejudice, American Home Puts The Issue to Rest," New York Law Journal, July 1993; "Managing the Risks of Accountants Liability, A Legal Perspective," New York Society of CPA's, 1993, 1995, 1997, 1998. In 2005 the Texas State Bar Association asked Mr. Entwistle to videotape a talk on disaster related issues to assist lawyers and other professionals in the wake of Hurricane Katrina.

After a brief tenure in the District Attorney's office Mr. Entwistle became a lead trial and appellate attorney at Wilson Elser Moskowitz Edelman & Dicker trying a broad variety of commercial, securities, insurance, fraud and government-related matters. During the following years with the Mudge Rose firm Mr. Entwistle's trial and appellate practice also came to include transaction-related litigation, antitrust and bankruptcy work. Mr. Entwistle's practice now focuses on representing public and private institutional investors in litigation, transactional and bankruptcy matters. Mr. Entwistle also works closely with the Governors, State Treasurers and Attorney's General of several states. In connection with the Firm's Corporate Practice, Mr.

Entwistle has acted as Lead Counsel on joint ventures, restructurings, venture capital placements and a multi-billion dollar leveraged buyout.

## State Bar Admissions

New York, New Jersey, Illinois, Texas, Colorado, District of Columbia, Georgia (pending)

## Court Admissions

United States Supreme Court; Supreme Court, State of Colorado; U.S. Court of Appeals for the Second Circuit, Third Circuit, Seventh Circuit and Eighth Circuit; U.S. District Court for the Southern and Eastern Districts of New York, District of New Jersey, Northern District of Illinois; District of Colorado and Eastern District of Michigan.

### Vincent R. Cappucci

Mr. Cappucci is a founding partner of the Firm and is Head of its Securities Litigation Practice. Throughout the years, Mr. Cappucci has served as lead counsel in many high profile securities class action and derivative litigations as well as individual actions representing some of the nation's largest public pension systems, financial institutions, money managers and wealthy individuals. He has a distinguished record of successes in class litigation, having prosecuted cases in his career which have resulted in recoveries in the billions of dollars. He has personally participated in obtaining four of the top ten securities class action recoveries ever achieved and in four of the remainder, represented public institutions electing to file direct actions. His experience includes a multitude of securities trials, arguments in numerous state and federal appellate courts, appeals to the U.S. Supreme Court, and mediation and dispute resolution.

In *In Re DaimlerChrysler Securities Litigation*, a case that has received worldwide publicity alleging that the Daimler-Benz/Chrysler \$36 billion acquisition was falsely portrayed as a "merger-of-equals," Mr. Cappucci served as Lead Counsel and in August 2003, achieved the largest settlement in a non-financial fraud securities action -- amounting to \$300 million. Mr. Cappucci also serves as lead counsel in *In Re CMS Energy Securities Litigation*, one of the largest pending energy trading fraud actions involving in excess of \$8 billion dollars in falsely reported round-trip trading. He served on Plaintiffs' Executive Committee in *In Re BankAmerica Corp. Securities Litigation*, alleging damages on behalf of former NationsBank shareholders and other classes in connection with the September 1998 merger with BankAmerica, which was also recently resolved globally for \$490 million. Mr. Cappucci currently serves as Lead Trial Counsel for the State of Florida, Board of Administration, in the *Lucent Securities Litigation*, a direct action seeking to recover significant monetary losses sustained by the State in connection with its investment in Lucent securities. His institutional representations include more recently, the New York State Common Retirement Fund in the *Merck Securities Class Action Litigation*, which charges the Company with a massive fraud in connection with its marketing and untimely withdrawal of its Vioxx prescription painkiller.

Mr. Cappucci has lectured before associations of the bar and various professional organizations and regularly appears on *CNN's Money Line*, *CNBC's Power Lunch and Business Center*, providing expert commentary on a variety of securities litigation and corporate governance issues. Mr. Cappucci has for the last two years been a faculty member of the Annual National Conference on Corporate Governance and Equity Offerings sponsored by the UCLA Anderson

School of Management and University of California Rady School of Management, with this year's topic focusing on the Sarbanes-Oxley Act of 2002 and developments in corporate fraud litigation. He also addressed legal practitioners and financial professionals before the National Association of Public Pension Fund Attorneys, Council of Institutional Investors and The American Conference Institute ("Trying and Defending Securities Class Actions").

Mr. Cappucci lectured before international institutional investors on corporate governance and shareholder litigation at the 2003 and 2004 annual conferences of the International Corporate Governance Network conducted in The Netherlands and in Brazil. Mr. Cappucci also serves on the ICGN Accounting and Auditing Practices and Executive Remuneration Board Committees.

Mr. Cappucci is the author of numerous articles appearing in a host of publications, including: "Securities Class Actions: Settlements," The Review of Securities & Commodities Regulation, October, 2003; "Beyond the Sarbanes-Oxley Bill: Additional Measures to Increase Corporate Accountability and Transparency," NAPPA Report, September 2002; "Misreading 'Gustafson' Could Eliminate Liability Under Section 11," New York Law Journal, Sept. 22, 1997; "Liability for Excessive Executive Compensation," The Corporate Governance Advisor, March/April, 1997; "Must Reliance Be Proven To Certify A Class?," New York Law Journal, Aug. 30, 1996, Republished, Securities Reform Act Litigation Reporter, Vol. I; "Class Action Lawsuits and Securities Fraud: A Plaintiff Lawyer's View of the Litigation Reform Act," Securities Industry News, Oct. 7, 1996; "Conflicts Between Rule 23 And Securities Reform Act," New York Law Journal, April 2, 1996; "Casino Law Is Consistent With Equal Protection," New York Law Journal, March 20, 2002; "Hot Topics in Advertising Law: Investor Fraud" The Association of The Bar of the City of New York, October 22, 2003; and "Did I really Say That? The Truth Behind the DaimlerChrysler Merger," NAPPA Report, November 2003. Mr. Cappucci is also the author of "Corporate Governance: 2005 in Review" published by Institutional Investor in its 2005 Compliance Reporter.

Mr. Cappucci received his undergraduate degree from Fordham University with a B.S. in Accounting and his law degree from Fordham University School of Law. Mr. Cappucci has also been named to the Martindale-Hubbell Bar Register of Preeminent Lawyers, for his expertise in securities litigation. In addition to membership in various state and national bar associations, Mr. Cappucci is a member of the Federal Bar Council (Member, Programs Committee), the New York State Bar Association (Committee on Securities Litigation), the National Association of Securities Class Action Attorneys, the Association of the Bar of the City of New York (Member, Committee on Consumer Affairs and Sub-Committee on Class Actions), the American Bar Association and the Association of Trial Lawyers of America. He also has been a visiting instructor at Fordham University School of Law at various conferences and Advanced Law Seminars, and is a member of the Dean's Law Advisory Committee and the Law School Planning Committee.

**State Bar Admissions**
New York

**Court Admissions**
United States Supreme Court; U.S. District Court, Southern and Eastern Districts of New York; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Ninth Circuit; U.S. District Court,

Northern District of New York; U.S. Court of Appeals, Seventh Circuit; U.S. District Court, Central District of Illinois; U.S. District Court, Northern District of Illinois; U.S. Court of Appeals, Fifth Circuit; U.S. Court of Appeals, Eighth Circuit; U.S. District Court, Eastern District of Michigan.

## WILLIAM S. GYVES

Mr. Gyves concentrates his practice on the litigation of complex commercial and employment matters. He chairs the Firm's commercial litigation group. In addition to defending and prosecuting claims in the traditional litigation context, Mr. Gyves has considerable experience in successfully resolving disputes through mediation, arbitration and direct pre-litigation negotiations.

Representing a diverse spectrum of clients -- ranging from the New York State Superintendent of Insurance and one of the world's premier jewelers to financial institutions and institutions of higher education -- Mr. Gyves has prosecuted and defended matters involving a correspondingly wide array of business disputes. In his employment practice, Mr. Gyves counsels and represents management in, among other things, restrictive covenant, breach of fiduciary duty, harassment, discrimination and retaliation matters.

On behalf of his clients, Mr. Gyves recently:

- secured an order compelling a defendant to surrender to the court monies shown to have been moved illegally to an offshore haven and then traced back to the defendant's principals;

- obtained injunctive relief precluding a former employee from competing with a client through the use of proprietary materials shown, through a computer forensics investigation, to have been pilfered from that client;

- secured the pre-discovery dismissal of a putative class action brought against a financial institution;

- obtained sanctions based on what was demonstrated to be the defendant's misrepresentation to the court that it possessed no electronically stored evidence;

- secured injunctive relief halting a construction project that had been disrupting the educational and administrative operations of a college campus; and,

- obtained summary judgment in favor of a financial institution in litigation arising out of a fraudulent mortgage scheme.

A *cum laude* graduate of St. John's University School of Law, Mr. Gyves was Co-Executive Notes and Comments Editor of the St. John's Law Review. After obtaining his undergraduate degree from Fordham University and before attending law school, Mr. Gyves worked for six years as a newspaper journalist, garnering a number of awards for his coverage of politics, government and other matters.

Mr. Gyves has lectured and published on a variety of legal issues, including "Welcome Relief for Lenders: Federal Truth and Lending Act Trumps New Jersey Law," New Jersey Law Journal, October 10, 2005; "Trouble No Maw: Employers Breathing Easier As Court Clarifies the Enforceability of Restrictive Covenants," The Metropolitan Corporate Counsel, July 2004; "E-Discovery in the Post-Enron Era," Bureau of National Affairs Litigation Forum: Electronic Discovery and Document Retention, May 1, 2003; "Electronic Discovery Is a Fact of Life," New Jersey Law Journal, April 29, 2002; "Defending the Deposition: Potted Plant or Savvy Litigator?" New York State Bar Association Seminar on Deposition Practice and Practicalities in State and Federal Court, April 26, 2002; "Counsel and Computer Forensics Experts: Teaming Up to Get It Right on Electronic Discovery," The Metropolitan Corporate Counsel, November 2001; "Competing With Former Employers," New Jersey Law Journal, June 25, 2001; "The Duty to Disclose Inaccurate Deposition Testimony," New Jersey Law Journal, September 4, 2000; "Navigating the Minefield of Ex Parte Communications," New Jersey Law Journal, April 10, 2000; "Distinguishing Valid Fraud Claims From Trumped Up Breach of Contract Actions," The Business Suit, Winter 2000; and "The Fine Line Between An Auditor's Recklessness and Intent to Deceive," The Business Suit, Summer 1999.

Mr. Gyves is a member of the Federal Bar Council, American Bar Association, New York State Bar Association, Association of the Bar of the City of New York, Defense Research Institute, New Jersey Defense Association, New Jersey State Bar Association, Association of the Federal Bar of the State of New Jersey and the Morris County (N.J.) Bar Association. He is also a Master of the William J. Brennan, Jr. Chapter of the American Inns of Court.

**State Bar Admissions**
New York and New Jersey

**Court Admissions**
United States Supreme Court, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Southern District of New York, Eastern District of New York, Northern District of New York, District of New Jersey and all state courts of New York and New Jersey.

## Craig E. Nelson

Craig Nelson is the Chairman of the Corporate Practice of Entwistle & Cappucci and he is also the Co-Managing Member of the Chicago office. Craig graduated with a B.A. in Accounting from the University of Notre Dame, an M.B.A. from the University of Houston and a J.D. from the University of Texas School of Law. He is admitted to the bar of the State of Illinois.

Prior to entering the practice of law, Craig was a certified public accountant and practiced with the international accounting firm of Coopers & Lybrand (now PricewaterhouseCoopers). While in public accounting, Craig was located in the C&L's Chicago, Illinois office where he audited

companies operating in many different industries, such as manufacturing, real estate development, and financial services. Most of these companies were based in the United States and some of these companies had operations overseas.

After several years in audit, Craig relocated to C&L's Houston, Texas office where he transferred into the tax department. His accounting practice focused on advising venture capital firms investing in various portfolio companies. He also advised buy-out firms buying and selling companies. With his financial and tax accounting skills, his auditing experiences and his working knowledge of C&L developed valuation software, Craig assisted clients estimate the value of targeted companies and develop structures through which to acquire controlling interests in these targeted companies. In connection with these services, Craig also prepared forecasted financial statements and cash flow projections.

Craig spends a significant amount of his legal practice addressing the general corporate needs of his clients. He advises companies involved in a variety of transactions including mergers, acquisitions, dispositions and start-up situations. Craig also represents clients involved in raising debt and/or equity capital, making equity and/or debt investments, management engaged in buyouts, forming strategic alliances and many other transactions. Many of Craig's clients are technology based where intellectual property is one of the most significant assets on their balance sheets. Some of these technology-based clients are in various stages of developing intellectual property. Craig assists his clients protect their intellectual property and choose an appropriate entity through which to do business. Craig structures ownership of these entities to address his clients' estate planning and asset protection concerns.

Craig has advised syndicators of various funds (both domestic funds and offshore funds) through which investors acquired various businesses and invested in certain securities and commodities. Craig has also negotiated and structured alliances and for large infrastructure projects in several foreign countries such as Vietnam, China, the Philippines, Indonesia, the British Virgin Islands, Qatar and various other countries located in Europe and South America. Many of Craig's clients continue to engage in cross border transactions.

Craig works closely with the Firm's litigators on securities law class actions and private actions. Craig's combination of legal, accounting and business knowledge (both domestic and international) provides a valuable addition to our litigation team when reviewing claims, conducting investigations, identifying facts and developing a litigation strategy for these complex securities law cases. Craig also works with the experts to sort out claims based on the fraudulent or negligent financial statements presented by issuers in these cases.

**State Bar Admissions**
Illinois

**Harold F. McGuire, Jr.**

Harold F. ("Skip") McGuire, Jr. joined the firm as a partner in 2004. Mr. McGuire is a graduate of Princeton University and Columbia Law School. Mr. McGuire has vast experience in a number of fields as a trial lawyer and litigation counselor with a national practice, representing plaintiffs and defendants in about equal proportion. He began his career at Cravath, Swaine &

Moore and then served as an Assistant U.S. Attorney for the Southern District of New York for more than four years, during which he prosecuted numerous high-profile securities frauds and other white-collar crimes. He is currently special litigation counsel to the Global Crossing Estate Representative and is prosecuting the estate's multi-billion dollar claims arising out of Global Crossing's bankruptcy.

For more than 25 years before joining Entwistle & Cappucci, Mr. McGuire was the senior partner of a litigation boutique, McGuire, Kehl & Nealon, where he carried on a varied litigation practice. Mr. McGuire's significant cases include: the successful representation of the Major League Baseball Players Association in a series of collusion grievances against all the Major League baseball clubs, which resulted in a $280 million settlement in the early 1990s after five years of arbitration and more than fifty days of expert testimony from economists; service as a court-appointed Special Agent to investigate and report on alleged securities and accounting frauds of International Systems and Controls Corp; representation of numerous witnesses, targets and defendants in criminal investigations and prosecutions in the areas of securities law, mail and wire fraud, antitrust and taxation; multi-million dollar civil litigation including both the prosecution and defense of class actions involving securities fraud, civil RICO, commercial contracts, ERISA entitlements, intellectual property, franchising, licensing, accounting, business torts and antitrust issues; representation of business clients in arbitration and mediation proceedings springing from contract and licensing disputes; representation of debtors and creditors in adversary proceedings in bankruptcy courts; and appellate practice in state and federal courts involving most of these subject matters.

Mr. McGuire has litigated well over a hundred matters to a conclusion in trial and arbitration proceedings, and has handled dozens of appeals in federal and state courts. He is proud of his judgment in advising clients about whether to litigate or settle. He serves on the Departmental Disciplinary Committee for the First Judicial Department. He is a member of the American Bar Association, the New York State Bar Association, The Association of the Bar of the City of New York, and The Federal Bar Council.

**State Bar Admissions**
New York

**Court Admissions**
Supreme Court of the United States, U.S. Courts of Appeal, Second, Third, Fifth, Seventh and Tenth Circuits; U.S. District Courts in various jurisdictions; United States Tax Court; Supreme Court of the State of New York

### Arthur V. Nealon

Mr. Nealon is a partner in the Firm's Litigation Section and concentrates his practice in the resolution of commercial, securities, employment and white-collar criminal matters. He has represented corporations, partnerships and individuals at trials and appeals in federal and state courts and in arbitration proceedings at the AAA, NYSE and NASD.

A graduate of Columbia College and Columbia Law School, Mr. Nealon was a founding partner of the New York firm of McGuire, Kehl & Nealon, LLP. He was previously an Assistant to the

United States Special Prosecutor, a litigation associate at Christy & Viener in New York, and an Assistant District Attorney for New York County.

Over the course of more than 20 years, Mr. Nealon has represented plaintiffs and defendants in securities, accounting and employment litigation and arbitration. He has also handled professional malpractice defense matters for attorneys, physicians and accountants, and defended individuals accused of securities, tax and financial crimes in federal and state court. He is a member of the American Bar Association, the New York State Bar Association, The Association of the Bar of the City of New York and the New York County Lawyers Association.

## State Bar Admissions
New York

## Court Admissions
Supreme Court of the United States; U.S. Courts of Appeal, Second and Seventh Circuits; U.S. District Courts, Southern and Eastern Districts of New York, Central District of Illinois; New York State Courts

## Robert N. Cappucci

Robert Cappucci received his undergraduate degree from Fordham University, graduating cum laude and in cursu honorum. He received his law degree from Fordham University School of Law, where he was Articles Editor of the Fordham International Law Journal. He is the author of "Amending the Treatment of Defense Production Enterprises Under the U.S. Exon-Florio Provision: A Move Toward Protectionism or Globalism?," 16 Fordham Int'l L.J. 652 (1993).

Over the years, Mr. Cappucci has litigated a wide range of securities class actions, including work on In re BankAmerica Corporation Securities Litigation; In re Providian Financial Corporation Securities Litigation; In re American Banknote Holographics Sec. Litig.; In re Dollar General Corp. Securities Litigation; In re Iridium Securities Litigation; and In re DaimlerChrysler Securities Litigation.

Currently, Mr. Cappucci is one of the partners litigating In re CMS Energy Securities Litigation, which involves the reporting of billions of dollars of false revenues in connection with the defendant company's round trip trading practices, as well as In Re Novastar Financial Securities Litigation and In Re Nokia Oyj (Nokia Corp.) Securities Litigation.

Mr. Cappucci is a member of the Commercial and Federal Litigation Sections of the New York State Bar Association and a member of the Litigation Section of the American Bar Association, The Federal Bar Council, The Association of the Bar of the City of New York, and The Association of Trial Lawyers of America.

Before entering private practice, Mr. Cappucci interned with the Honorable John E. Sprizzo, United States District Court, Southern District of New York.

## State Bar Admissions
New Jersey and New York

**Court Admissions**
U.S. Supreme Court; United States Court of Appeals, 8th Circuit; United States Court of
Appeals, 3rd Circuit; U.S. District Court, District of New Jersey; U.S. District Court, Southern
and Eastern Districts of New York; U.S. District Court, Eastern District of Michigan.

**Johnston de F. Whitman, Jr.**

Firm Partner, Johnston Whitman, Jr., graduated cum laude from Colgate University. He received
his law degree from Fordham University School of Law, where he was a member of the Dean's
List from 1992-1994, and was a member of the Fordham International Law Journal.

Mr. Whitman has a broad range of experience in litigating securities fraud claims and has
represented public institutions in obtaining some of the largest securities class actions recoveries
since the enactment of the Private Securities Litigation Reform Act of 1995 (the "PLSRA").
Most recently, Mr. Whitman helped lead the litigation team in In re Royal Ahold Securities
Litigation, in which the firm obtained a $1.1 billion dollar recovery for a class of investors all
over the world. Prior to his leadership in the Ahold litigation, Mr. Whitman was a leader of the
Firm's litigation teams in *In re DaimlerChrysler Securities Litigation* and *In re Dollar General
Securities Litigation*, in which the Firm recovered a combined $462.5 million for defrauded
investors.

Mr. Whitman is also an active member of the Firm's bankruptcy practice and, along with
Andrew Entwistle, drafted and argued numerous motions in the Enron bankruptcy proceedings,
among others. Mr. Whitman currently serves as a member of the Trust Advisory Committee in
connection with the Oakwood Homes Corporation Chapter 11 cases pending in the United States
Bankruptcy Court for the District of Delaware.

Mr. Whitman practices out of our Manhattan office. He continues to focus his practice on
securities litigation, representing private and public institutions in direct and class actions.

**State Bar Admissions**
New York

**Court Admissions**
U.S. District Court, Southern and Eastern Districts of New York

**Paul R. Bradshaw**

Paul Bradshaw graduated from East Carolina University and attended Florida State University
College of Law, where he served as an editor of the Law Review and graduated with honors.
Mr. Bradshaw is admitted to the Bar of the State of Florida and is the resident partner of the
Firm's Florida office.

Mr. Bradshaw previously served as an attorney for the Florida Department of Community
Affairs. Under the administration of Governor Bob Martinez, he acted as staff counsel to the
Governor and Cabinet on environmental issues, and between 1988 and 1990 headed the state
division charged with implementing Florida's landmark growth management legislation. He then
advanced to Chief Cabinet Aide to Governor Martinez and Director of Florida's Office of

Planning and Budgeting, serving as such until 1991, when he left state government to enter private practice. Mr. Bradshaw recently worked as a consultant to Governor Jeb Bush both in connection with his 1998 gubernatorial campaign and more recently on a variety of legislative issues.

Mr. Bradshaw has extensive experience in handling regulatory and administrative matters through state agencies and the courts, as well as in monitoring and tracking legislation and in preparing legislative and political strategies for clients.

**Richard E. Nawracaj**

Richard E. Nawracaj has exceptional experience as both in-house and outside counsel with a background and expertise in information technology law, intellectual property law, commercial transactions, mergers and acquisitions, and litigation/dispute resolution. Mr. Nawracaj is a skilled negotiator with a solid understanding of the relationship between the law and furthering business interests, with a proven ability to successfully position organizations to attain specific objectives.

Mr. Nawracaj received a B.S. degree in Biochemistry from the University of Illinois-Champaign-Urbana in 1990. He went on to graduate from Loyola University with a J.D. in 1993 where he was the recipient of American Jurisprudence award for highest grade in Sale and Securities. Mr. Nawracaj later went on to J.L. Kellogg Graduate School of Business in 1999, where he triple majored in Management and Strategy, Finance and International Business.

Mr. Nawracaj is regarded as a key advisor of senior management with aptitude to resolve matters in a desirable legal as well as business manner. He maintains a creative legal and business mind, with the capability to grasp complex legal, financial and business concepts with ease.

Prior to joining Entwistle & Cappucci as Partner, Mr. Nawracaj was Assistant General Counsel at Divine, Inc. and prior to that, at MarchFirst, Inc. His key accomplishments there included his negotiations of software reseller agreements for third party intellectual property incorporated in corporate software products and establishing, implementing and managing a program for third party licensing of corporate patents, creating $5 million in new annual revenue. In addition, Mr. Nawracaj successfully managed five lawsuits concerning theft and improper use of corporate intellectual property by former employees.

Mr. Nawracaj is a member of the Illinois State Bar Association and the American Bar Association and principally practices out of the Chicago office.

**State Bar Admissions**
Illinois

**Other Admissions**
U.S. Patent and Trademark Office

## Alix R. Rubin

Alix Rubin concentrates her practice in the areas of employment law and complex commercial litigation and is a partner in the Firm's litigation and employment groups. Based in the firm's New Jersey office, Ms. Rubin counsels and represents both institutional and individual clients in a variety of business disputes in federal and state courts as well as before administrative agencies, mediators, and arbitrators.

Ms. Rubin has achieved the following results for her clients:

- dismissal of a student's disability discrimination claim against a university on summary judgment in federal court;

- injunction against New Jersey's enforcement of discriminatory trucking regulations that violate the dormant commerce clause, which was upheld by the federal appeals court;

- dismissals of discrimination charges filed with the Equal Employment Opportunity Commission;

- reversal of the federal district court's erroneous dismissal of claims of two Chinese waitresses against their former employer for wage and hour violations as well as ethnicity and gender discrimination;

- favorable settlements in preference actions in the bankruptcy court;

- guardianships for incapacitated persons; and

- asylum and permanent resident status for individuals and their families who fled from countries in which they were persecuted and tortured for their political beliefs.

- Ms. Rubin also counsels clients with respect to the following:

- negotiation of employment and severance agreements;

- updating employee handbooks to comply with relevant statutes and regulations; and

- reductions in force.

A graduate of the University of Pennsylvania Law School, Ms. Rubin was Associate and Book Review Editor of the Comparative Labor Law Journal as well as a Legal Research Fellow. After obtaining her Bachelor of Arts Degree in English and French magna cum laude from Tufts

University, she earned a Master of Journalism Degree from Temple University before attending law school.

Ms. Rubin is a member of the American Bar Association, New Jersey State Bar Association, Essex County (N.J.) Bar Association, and Association of the Federal Bar of the State of New Jersey. She served as a facilitator on the New Jersey World Trade Center Disaster Legal Response Team, and was named 2003 Pro Bono Attorney of the Year by Volunteer Lawyers for Justice, on whose board she currently serves. Prior to joining Entwistle & Cappucci, Ms. Rubin was associated with the New Jersey law firm of Lowenstein Sandler.

## Publications
Co-author with Andrew J. Entwistle, "Second Circuit Update: Beer Supplier and Distributor Must Arbitrate Dispute Despite New York Law to the Contrary," The Business Suit, DRI, January 5, 2006.

"Circumstantial Proof Is Sufficient," New Jersey Law Journal, December 26, 2005.
Contributing author, The Practical Guide to Federal and New Jersey Employment Law: The Employer's Resource, Lowenstein Sandler PC and NJBIA, 2001-2002 and Second editions.

"Anonymous 'Posters' Complicate Discovery," New York Law Journal, November 19, 2001.

"The Americans With Disabilities Act, Reasonable Accommodations and Therapists' Responsibilities," OT Practice, Volume 3, Issue 7, July/August 1998.

"Mental Disabilities and the ADA: What's an Employer to Do?" Exploring the Real World of Employee Relations: An Interactive Workshop, January 21, 1998.

"What the Balanced Budget Act Means for New Jersey Health Care Providers," Hannoch Weisman Health Update, Volume III, No. 3, Fall 1997.

"HIV Positive, Employment Negative? HIV Discrimination Among Health Care Workers in the United States and France," Comparative Labor Law Journal, Volume 17, No. 2, Winter 1996.

## State Bar Admissions
New Jersey, Pennsylvania and New York

## Court Admissions
United States Supreme Court, United States Court of Appeals for the Third Circuit, United States District Courts for the District of New Jersey and Southern and Eastern Districts of New York and all state courts of New Jersey, Pennsylvania and New York.

*Senior Counsel*

## Stephen D. Oestreich

Mr. Oestreich joined Entwistle & Cappucci as Senior Counsel to the Firm after spending 25 years at Wolf Popper, LLP where he was a Senior Partner and Co-Chairman of the Litigation Department.

Over the years, Mr. Oestreich has served as Lead or Co-Lead counsel in numerous securities class actions and derivative actions. Among his many noteworthy cases, Mr. Oestreich was a lead attorney in *In re The Standard Oil Company/British Petroleum Litigation*, which resulted in a benefit of over $600 million to the class; *Joseph, et al. v. Shell Oil Company, et al.*, a class action before the Delaware Chancery Court, which resulted in a $205 million settlement for the benefit of the class; *In re Donnkenny, Inc. Securities Litigation*; *In re Salomon Brothers Securities Litigation*, which settled for $52 million; and the *Itel Securities Litigation*, which resulted in a class settlement of over $40 million.

Mr. Oestreich was also appointed by the Delaware District Court as Lead Counsel in the *In re Phillips Securities Litigation* and served as a member of Plaintiffs' Executive Committee, as well as Plaintiffs' Lead Settlement Counsel in the *In re Gulf Oil/Cities Service Tender Offer Litigation*. Mr. Oestreich also served as Co-Lead Counsel in, and was co-trial counsel in *Sirota v. Solitron Devices, Inc.*, which, after an eleven-day trial, resulted in a jury verdict for the plaintiff class on all issues of liability and damages. Mr. Oestreich was recently retained by the Global Crossing Estate Representatives as Special Litigation Counsel in connection with the Global Crossing Bankruptcy to recover funds on behalf of the Trust.

Mr. Oestreich graduated from Bucknell University (B.S./B.A., 1965) and Fordham University Law School (J.D., 1968), where he was a member of the Law School's National Moot Court Team and Sutherland Moot Court Team and was the recipient of the George W. Bacon Award and I. Maurice Wormser Award. After law school, he served as trial attorney with the Enforcement Division of the United States Securities and Exchange Commission in its New York Regional Office, where he represented the SEC in numerous hearings and trials.

Mr. Oestreich is presently a member of the Committee on Securities and Exchanges and the Federal Courts Committee of the New York County Bar Association. His experience also includes serving as Special Master for the Supreme Court of New York and as an arbitrator in the United States District Court for the Eastern District of New York. Aside from his practice, Mr. Oestreich has also been a guest lecturer on the subject of securities litigation at the Federal Bar Association and at the Rutgers Graduate School of Business. Most recently, Mr. Oestreich has been called upon by financial news networks to discuss recent developments involving the securities laws. In 1998, he was the recipient of the Man of the Year Award for the Long Island Chapter of the Crohn's and Colitis Foundation of America.

**State Bar Admissions**
New York

**Court Admissions**
United States Supreme Court; United States Court of Appeals, First, Second, Third and Ninth Circuits; United States District Court, Southern and Eastern Districts of New York

*Of Counsel*

**Cindy D. Salvo**

Cindy Salvo concentrates her practice in the areas of complex commercial litigation and consumer class action defense. She regularly represents corporate and individual clients in a

wide variety of business disputes in state and federal courts, and before the arbitration panel of the National Association of Securities Dealers. Her clients have included major banks, securities firms, media companies and several of this country's largest debt collectors defending individual and class actions brought under the Fair Debt Collection Practices Act.

Ms. Salvo has published a number of articles on a wide range of legal topics, including "The Doctrine of Inequitable Coercion Under Delaware Law," "Liability for Persons Signing SEC Disclosure Documents" and "Technical Dinosaur: Why It's Time to Update the Fair Debt Collection Practices Act" -- all published in the New York Law Journal.
Ms. Salvo graduated with honors from Pace University School of Law where she was a member of the Pace Law Review. In addition to her law degree, Ms. Salvo has a master's degree in clinical psychology from the New School for Social Research in New York, New York.

Prior to entering the practice of law, Ms. Salvo was President of her own company which promoted petite women's fashions through nationwide fashion shows and pageants.

**State Bar Admissions**
New York and New Jersey

**Court Admissions**
United States District Courts for the Southern District of New York, Eastern District of New York, the District of New Jersey, the United States Court of Appeals for the Second Circuit, and all state courts of New York and New Jersey.

**M. Diane Allbaugh**

Ms. Allbaugh graduated from Cameron University and holds a Juris Doctor Degree from the University of Oklahoma. She is a member of the Bars of the State of Texas, Oklahoma and the District of Columbia and has published articles in many national law publications.

M. Diane Allbaugh represents a unique cross-section of clients, including public utilities, higher education institutions, health care entities and telecommunications companies in many states on issues primarily relating to various intergovernmental matters.

In 1997, Ms. Allbaugh organized a unique coalition of corporations, associations and state offices to host a symposium on long-term care at the LBJ School of Public Affairs at the University of Texas at Austin. Partners in the coalition included those representing both sides of long-term care issues, including state agencies, legislative offices, associations, HMO's and major corporations.

As Legal Counsel and Executive Assistant to the Vice Chairman of the Oklahoma Tax Commission from 1992 to 1994, Ms. Allbaugh assisted in developing a strategic plan for reengineering the agency. Prior to this, Ms. Allbaugh served as Assistant General Counsel for the Oklahoma Tax Commission and practiced in the federal, state, county and administrative courts.

Ms. Allbaugh was previously with the Austin law firm of Hance Scarborough Woodward & Weisbart. During her tenure at the firm, Ms. Allbaugh conducted government affairs activities on

behalf of the firm's corporate clients, as well as representing the firm before various Texas departments and commissions.

## State Bar Admissions
Texas, Oklahoma, District of Columbia.

### Hon. Thomas W. Alfano

Thomas Alfano received his undergraduate degree from Fordham University where he was class valedictorian and elected to Phi Beta Kappa. He received his law degree from Fordham University School of Law and is admitted to all state and federal courts serving New York State.

Mr. Alfano currently acts in a Senior Counsel capacity in various securities, antitrust and consumer fraud litigations. Mr. Alfano has extensive trial experience and was previously associated with Skadden, Arps, Slate, Meagher & Flom.

Mr. Alfano was elected to the New York State Assembly in 1996. He represents the 22nd Assembly District which covers southwest Nassau County. During his second term in the Assembly, Mr. Alfano was selected to serve as Vice-Chairman of the Assembly Joint Conference Committee. In this capacity, Mr. Alfano has been speaking and leading the Conference on issues relating to job creation, tax, education and healthcare. Mr. Alfano has also assisted in spearheading the Governor's Office of Regulatory Reform's State Legislature Outreach Program, formed to solicit input from citizens and businesses across the state to reform the regulatory process. Mr. Alfano is a frequent commentator on state legislative television programs broadcast from the State Capitol. Additionally, he has made guest appearances on New York City's National Public Radio on current legislative issues.

Mr. Alfano was also named to serve on the New York State Legislative Budget Conference Committee. The Conference Committee is comprised of leaders from the Senate and Assembly who formulate the state budget.

Mr. Alfano is a member of the American Legislative Exchange Council, Council of State Governments, National Conference of Insurance Legislators where he sits on the Property and Casualty committee and the subcommittee on Natural Disaster Insurance Legislation, the National Republican Legislators Association and the Nassau County Bar Association.

### Senator Adeline J. Geo-Karis

Senator Geo-Karis is Of Counsel to the Firm and she is currently first in seniority in the Illinois Senate Republican Caucus, having served the 31st District of Illinois since 1979. The first woman in Illinois history ever to serve in Senate leadership, she served as Assistant Senate Majority Leader from 1993-2003. She previously served six years in the House of Representatives. Named Minority Spokesman for the Senate Executive Appointments Committee, she is currently one of two Republican Senators to serve as co-chairman in the 93rd General Assembly. Additionally, she serves as a member of the Financial Institutions Committee and chairman of the Senate Republican Task Force on Veterans. She is also the first lady of the Senate and a precinct committeewoman and parliamentarian for the Lake County Republican Central Committee. Senator Geo-Karis previously served as cochairman of that

committee. She was a delegate to the 1984, 1988, 1996 and 2000 National Republican Convention and secretary to the Illinois Delegation. She was alternate delegate to the 1992 National Republican Convention.

Senator Geo-Karis pioneered legislation on gasohol, solar energy and other alternative energy resources and she successfully sponsored and supported bills for strong crime control and to benefit senior citizens, youth, people with disabilities and the working majority. She was cited for her sponsorship of the Nuclear Safety Preparedness Act, the Alternative Energy Act, and many laws to increase safety on Illinois lakes. She also sponsored the "Guilty but Mentally Ill" law. She also successfully sponsored the repeal of the Illinois inheritance tax.

The Adeline Geo-Karis Leadership Award at Zion-Benton High School was named for her with annual scholarships to be donated annually beginning in 2001.

She is the recipient of numerous honors and awards including: 2002 Friend of Agriculture, Illinois Farm Bureau; 2002 Certificate Appreciation for Excellence in Political Leadership, Treasurer Judy Baar Topinka; 2002 Appreciation Award, Order of AHEPA, Blue Ribbon District 13; 2000 Outstanding Public Service Award, DePaul University College of Law Alumni; Primary Health Care Association Award; 2000 Liberty Bell Award, 19th Judicial Circuit; 1999 Veteran of the Year, American GI Forum; 1999 Child Care Coalition Award; 1999 Legislator of the Year, Illinois Association of County Officials; 1998 Friend of Business LUCI (Leading Us in Commerce and Industry) Award; Hellenic American Achievement Award; North Shore D.A.R. Americanism Medal; Daughters of Penelope Woman of the Year; Illinois Federation of Independent Colleges and Universities Outstanding Legislator; Illinois Association of Park Districts Award; Jane Addams Leadership Award; NAACP Award from North Chicago Chapter; YWCA of Lake County Award for Outstanding Achievement in Government; United Hellenic Voters of America Most Distinguished American of Greek Ethnic Origin in the Field of Government; Illinois Women's Political Caucus Carrie Chapman Catt Award; Greater Waukegan Israel Bond Rally Honoree; Illinois State's Attorneys Legislative Award; Military Order of the Purple Heart Award; and the Midwestern Regional Medical Center Award.

Senator Geo-Karis was born in Tegeas, Greece and educated in the United States. She attended Northwestern University and received her LL.B from DePaul University. She served as Lt. Commander with Top Secret Clearance in the U.S. Naval Reserves. She is a member of St. Demetrios Greek Orthodox Church in Waukegan, Illinois and served as the past president of its Parish Board of Trustees and Ladies Auxiliary.

## Dr. M. Hossein Bor

Dr. Bor received a Masters in Comparative Law from George Washington University Law School and Ph.D. and Masters Degree in International Law and International Relations from American University. Dr. Bor also has a degree in law from Tehran University and is a member of the Bar of the District of Columbia.

Dr. Bor served as Energy and Economic Advisor to the Embassy of the State of Qatar in Washington, D.C. from 1982 to 1998. His practice includes commercial law, international law,

international relations, energy and petroleum, international trade, international transactions, corporate law, contracts, and administrative law.

Dr. Bor is active in facilitating trade, joint ventures, investment, and project development between American corporations and their counterparts from the Gulf (G.C.C.) countries. He advises U.S. companies about conducting business in the Gulf and overseas corporations about business operations in the U.S., including analysis of U.S. and foreign policy and regulatory issues. Dr. Bor maintains a wide range of contacts among government officials, lawyers, the business community and academia in the United Arab Emirates, Qatar, Saudi Arabia, Kuwait, Bahrain and Iran.

Dr. Bor serves as an Adjunct Professor of Law at the Catholic University of America and he has written extensively on various issues relating to the Middle East, including the critically regarded treatise Iran and Its Nationalities, Karatchi: Pakistan Adab Publication, 2000. Dr. Bor has also appeared widely on television and radio broadcasts, including the Voice of America and BBC.

### John A. Bohn

John Bohn served for seven years as the President of Moody's Investors Service, the world's leading credit research and analysis company and a major publisher of financial information, with more than 1,500 employees in 10 countries. Mr. Bohn came to Moody's from a three-year term as President and Chairman of the Export Import Bank of the United States, a United States government corporation that finances and insures the sale abroad of American produced goods. During his tenure, Eximbank provided some \$6 billion per year in loans, guarantees and insurance in more than 25 countries. Prior to his service with the bank, which he began as First Vice President and Vice Chairman, Mr. Bohn was Special Assistant to the Secretary of the Treasury, and United States Ambassador and Executive Director at the Asian Development Bank in Manila. Mr. Bohn advises corporate officers and directors on governance issues, counsels on transactional matters, and also currently sits on or chairs the Boards of several organizations whose focus is the Internet or other emerging technologies.

Mr. Bohn graduated with honors from Stanford University, he attended the London School of Economics as a Fulbright Scholar and then graduated in law from Harvard University. After practicing law in California and the Pacific Rim, Mr. Bohn joined the Wells Fargo Bank, where he spent four and one-half years in Tokyo, responsible for Far Eastern activities and, later, was head of the Bank's International Group in Los Angeles at its North American Division in San Francisco. A member of the Foreign Service Association, Mr. Bohn served on the Board of Directors of The Center for International Private Enterprise in Washington, D.C. for four years and serves as a Director of the National Committee on U.S.-China relations. He is a member of the Counsel on Foreign Relations and the Economic Club in New York. He is also a Trustee of The Monterey Institute in California, a member of the Council for Excellence in Government in Washington, and a member of a number of corporate boards.

### State Bar Admissions
California and Guam

**Court Admissions**

U.S. Supreme Court; U.S. District Court; Northern District of California; U.S. Court of Appeals, Ninth Circuit; Trust Territory of the Pacific Islands

**Warren P. Taylor**

Warren P. Taylor studied at Princeton University and the University of Oklahoma which ultimately awarded him both a Bachelor of Arts and his law degree. Mr. Taylor is admitted to practice before the U.S. Tax Court, the U.S. Military Court of Criminal Appeals, the U.S. Supreme Court and the courts of the State of Oklahoma. While on active duty in the Army, Mr. Taylor received the Bronze Star, Defense Meritorious Service medal, 4 Army Meritorious Service medals, the Army Commendation medal, and various foreign awards and meritorious unit awards.

Following his service in the field and after obtaining his law degree, Mr. Taylor served in various legal positions in the Army, including: Staff Judge Advocate, 2nd Infantry Division, Republic of Korea (Senior Legal Advisor to the Commanding General); Deputy Staff Judge Advocate, 4th Infantry Division; Command Judge Advocate, Military Assistance Command (Vietnam) (principal legal advisor to the U.S. Commanding General of Military Region IV, Mekong Delta, Republic of Vietnam); and Team Chief, Office of the Chief Trial Attorney of the Army (represented the Department of the Army in multi-million dollar contract disputes). Mr. Taylor then served as Legal Advisor to the Secretary of the Army, advised the Secretary on Congressional investigative activities, developed and implemented "Legislative Action Plans", acted as liaison with Congressional Oversight and Investigative Committees, represented Department of the Army witnesses appearing before Congress, and acted as Lead Counsel for the Army in all personnel and procurement matters pending before the Congress.

Subsequently, Mr. Taylor was selected by General Colin Powell (then Senior Military Assistant to the Secretary of Defense) to be the Legislative Counsel to Secretary Weinberger. In this capacity, Mr. Taylor developed and implemented defense procurement and acquisition policies, acted as counsel to SECDEF, DEPSECDEF and other DOD executives appearing before Congressional Committees, developed "Legislative Action Plans," wrote legislation in coordination with executive and legislative branch executives and successfully advocated before the U.S. Congress for the procurement of advanced weapons systems and for increased funding of "quality of life" programs for all branches of the U.S. military. Mr. Taylor traveled extensively with Members of Congress and private sector executives as an advisor on national security and defense procurement and acquisition policies and procedures.

Since leaving the Department of Defense and entering the private sector, Mr. Taylor has represented clients in a variety of government relations, litigation and transactional matters including: representing the U.S. Air Force Association before the U.S. Congress; major defense contractors in connection with procurement issues; and a coalition of several American companies that successfully obtained a multi-million dollar contract to dismantle Russian chemical and biological weapons. Mr. Taylor has also represented the Russian Federation in connection with various matters.

Mr. Taylor's extensive experience domestically before Congress, the Department of Defense, National Guard and various branches of the Armed Services and his overseas contacts in the former Soviet Union and the Middle East, place him in a unique position to assist domestic and foreign companies on government relations, corporate and litigation issues.

### Alfred V. Greco

Mr. Greco received his undergraduate degree from Hunter College of the City University of New York, his law degree from Fordham University and is admitted in all state courts and federal courts in the Eastern and Southern Districts of the State of New York.

Mr. Greco started his legal career as a staff attorney with the Securities & Exchange Commission, Enforcement Division. In this capacity in the SEC's New York Regional Office, Mr. Greco engaged in all phases of enforcement matters involving injunctive actions in the federal courts against alleged violators of the securities laws including public corporations, securities brokerage firms and member firms of the New York Stock Exchange. The foregoing included supervision of preparation and review of extensive investigative reports, depositions and paperwork incident to litigation involving temporary restraining orders, preliminary injunctions and consent decrees. Mr. Greco also participated in and supervised administrative proceedings involving enforcement of all phases of the securities laws with respect to the brokerage community and its registered representatives. Mr. Greco left the SEC to enter private practice and later served as an adjunct professor of Law at Fordham University.

In the course of his private practice, Mr. Greco represents clients from a broad spectrum of the business world including securities underwriters, member firms of the New York Stock Exchange and foreign public and private corporations. This representation has covered all aspects of the federal securities laws including defense of enforcement proceedings and injunctive actions in both the federal and state courts and arbitration proceedings before the National Association of Securities Dealers and the New York and American Stock Exchanges.

During the past twenty-five years, Mr. Greco has represented a broad array of public and private corporations and securities underwriters in both litigated and transactional matters. He has had extensive experience in the preparation of registration statements and the required documentation relating to the public offering of securities, including preparation of complex prospectuses, negotiating and preparing complex underwriting agreements and preparation of documents for compliance with state (blue sky) and federal securities laws. Mr. Greco's area of expertise includes merger and acquisition transactions and the negotiation and preparation of complex documents in connection therewith.

Mr. Greco's extensive knowledge and broad experience has placed him in a unique position to represent or act as a special counsel for other law firms to advise novice as well as seasoned corporations concerning financing and equity offerings as well as acting as a troubleshooter with respect to compliance with the federal securities laws.

## Douglass A. Wistendahl

Douglass Wistendahl received his B.B.A. from the Ohio University graduating with honors and his law degree from the Rutgers School of Law, ranking in the top ten percent of his class. Mr. Wistendahl is admitted to the bar f the States of New York and New Jersey.

Mr. Wistendahl specializes in corporate and commercial representation of European and U.S. clients, including lender and lessors in secured lending and equipment leasing transactions for computers, aircraft, rail cars and containers, lender funded buy-outs of lease and debt portfolios in and out of bankruptcies; licensing; franchising; mergers and acquisitions; and real estate transactions.

Prior to entering private practice Mr. Wistendahl was a law clerk in the Chancery Division of the New Jersey Superior Court. Mr. Wistendahl has acted as an officer and director for various technology, internet, outdoor sports and fitness, leasing and food service corporations. Mr. Wistendahl also holds a technology patent involving interactive television.

## Thomas J. Bonner

Tom Bonner graduated from the University of Notre Dame Law School where he received his Juris Doctor. He is admitted to the Bar of the State of New York and Chairs the International Law and Practice Section of the New York State Bar Association.

Mr. Bonner has extensive experience in general commercial litigation, corporate, banking law, international trade, international finance, real estate finance and loan reorganization.

## Rex A. Guest

Rex Guest received his undergraduate degree from the University of Illinois and his law degree from the Loyola University of Chicago in 1955, ranking fourth in his class. Mr. Guest practices tax law with a special emphasis on federal and state tax disputes and Tax Court litigation.

As a revenue agent with the Internal Revenue Service from 1948 to 1955, Mr. Guest examined and investigated Federal individual, partnership, fiduciary and corporation returns with primary emphasis on corporate returns. Mr. Guest conducted the investigation of approximately 100 cases in which a civil fraud penalty was sustained. Mr. Guest also participated in two cases resulting in convictions for criminal tax evasion.

Mr. Guest served as: trial attorney with the Office of Chief Counsel, Internal Revenue Service in Milwaukee, Wisconsin (1955-1965); head of the New Orleans office (1965-1967); head of the Kansas City office (1967-1970); Staff Assistant to the Regional Counsel in Chicago (1970-1978); and as Assistant District Counsel from June, 1978 until entering private practice.

Mr. Guest's litigation experience includes every stage of disputed tax cases, whether income, estate or gift tax, furnishing advice to the District Director, reviewing proposed notices of deficiency as to form and legal sufficiency, directing supplemental investigations by revenue agents or special agents, and appearing in court representing the Government during trial. Mr. Guest has tried in excess of 30 cases in the Tax Court, many of which were of several weeks

duration. Mr. Guest has also tried a significant number of civil fraud cases.
Mr. Guest has also litigated Freedom of Information and disclosure cases; foreclosure and quiet title actions under U.S.C. §2410, U.S.C.; suits by the United States to reduce its tax claims to judgment and/or to foreclose its tax liens; suits to enforce compliance with levies; cases involving priority of tax claims in bankruptcy proceedings and corporate reorganizations, and in state receivership proceedings and probate proceedings. Mr. Guest has also handled several refund suits in the District Court and Court of Federal Claims, as well as a number of criminal tax cases.

### State Bar Admissions
Illinois and Wisconsin

### Court Admissions
U.S. Tax Court; U.S. District Court, Eastern District of Wisconsin, Northern District of Illinois.

### William B. Horton, II
William Horton received his B.A. from John Hopkins University, his J.D. from Baylor University and his LL.M. from the University of Washington. He is a member of the Association of the Bar of the City of New York, Washington State, New York State and American Bar Associations. Mr. Horton is also a member of the Japan-American Legal Society and is fluent in Japanese.

Mr. Horton is a recipient of the American Jurisprudence Award, Conflict of Laws, and has authored "Taxing the Attorneys' Income in Japan" 14 Law in Japan, An Annual 104. Mr. Horton represents a cross-section of clients including finance, corporate, entertainment, intellectual property and insurance.

*Associates*

### Richard W. Gonnello

Richard Gonnello graduated summa cum laude from Rutgers University with a B.A. in Classics and History where he was named Phi Beta Kappa. He received his J.D. from UCLA Law School in 1998.

Prior to joining Entwistle & Cappucci, Mr. Gonnello was a litigation specialist with Latham & Watkins in New York. In this capacity, Mr. Gonnello participated in corporate internal investigations and led numerous securities actions, commercial litigations and arbitrations from initiation to settlement.

### State Bar Admissions
New York

### Court Admissions
U.S. District Court, Southern and Eastern Districts of New York

### Robert M. Travisano

Robert Travisano, an associate in the Firm's commercial litigation group, concentrates his practice in the area of complex business disputes. Mr. Travisano counsels and represents institutional clients in a broad range of business disputes in the federal and state courts of both New York and New Jersey. He also has represented managed care organizations and third-party administrators in litigations involving the Employee Retirement Income Security Act, the Federal Employees Health Benefits Act and commercial contracts. In addition, Mr. Travisano has represented foreign and domestic insurers in the litigation and negotiation of complex coverage disputes in connection with fidelity, general liability, director and officer, and property and casualty policies.

Mr. Travisano graduated from St. John's School of Law after his undergraduate studies at Villanova University. At St. John's, Mr. Travisano served as the Executive Notes and Comments Editor for the St. John's Journal of Legal Commentary. Upon graduation from St. John's, Mr. Travisano served as a law clerk to the Honorable Joseph A. Falcone, Assignment Judge, Superior Court of New Jersey.

### Publications
Co-author, "Welcome Relief for Lenders: Federal Truth in Lending Trumps New Jersey Law," New Jersey Law Journal (October 2005).

Co-author, "What is Past is Prologue: Why Congress Should Reject Current Financial Reform Legislation and Breathe New Life Into Glass-Steagall," 13 St. John's Journal of Legal Commentary 373 (1998).

### State Bar Admissions
New York,New Jersey

## Court Admissions

United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the District of New Jersey and all state courts of New York and New Jersey.

## Helen Chung

Helen Chung graduated from Cornell University in 1994 with a B.S. in Communication. She received her law degree from Boston University in 1997. Upon finishing law school, Ms. Chung entered private practice and handled complex commercial litigation. At the firm, Ms. Chung practices in the area of securities litigation and is currently working on Global Crossing Estate Representative v. Gary Winnick, et. al. pending in the Southern District of New York.

## State Bar Admissions

New York

## Court Admissions

U.S. District Court, Southern District of New York and Eastern District of New York.

## William W. Wickersham

William Wickersham graduated Skidmore College with honors in Government. He received his law degree from Fordham University School of Law, where he was a member of the Dean's list in 1999.

Mr. Wickersham entered private practice immediately after finishing Fordham University School of Law and has worked exclusively in the complex securities litigation field. Mr. Wickersham has worked in his tenure as an attorney on some of the largest and most significant cases in the field, representing either lead plaintiffs in the class action setting or in private actions brought by institutional investors with considerate losses at stake.

In *In re BankAmerica Corp. Securities Litigation*, he represented the lead plaintiff in that action, which was settled for $490 million. Mr. Wickersham, as an associate of one of executive committee firms, participated in the investigation and drafting of the consolidated amended complaints in *In re Initial Public Offering Securities Litigation*, currently pending in the Southern District of New York. Mr. Wickersham also participated in *In re DOV Pharmaceutical, Inc. Securities Litigation*, which resulted in a substantial settlement of cash and warrants to the class. In addition, Mr. Wickersham represents one of the lead plaintiffs in the class action *In re CMS Energy Corporation Securities Litigation*, which involved an $8 billion restatement of the company's financial statements. He also participated in the discovery phase of *In re Daimler Chrysler Securities Litigation*, which was recently settled of behalf of the class for approximately $300 million.

In addition, Mr. Wickersham is actively litigating federal and state securities claims on behalf of several private investors against Enron Corporation, Cendant Corporation, and Lucent Corporation.

Mr. Wickersham was previously associated with the law firm of Stull, Stull & Brody in New York. His area of practice is complex securities litigation.

**State Bar Admissions**
New York

**Court Admissions**
U.S. District Court, Southern and Eastern Districts of New York.

### Eric S. Cohen

Eric S. Cohen is an associate with the firm and assigned to the Commercial Litigation department.

Mr. Cohen graduated cum laude from Queens College of the City University of New York with a bachelor's degree in Political Science and was awarded the Pi Sigma Alpha Award for Academic Excellence. He received his J.D. from the Hofstra University School of Law.

Mr. Cohen is a member of the New York State Bar Association, the Queens County Bar Association, the Brandeis Association and the New York State Trial Lawyers' Association.

**State Bar Admissions**
New York, New Jersey

**Court Admissions**
U.S. District Court, Southern and Eastern Districts of New York; District of New Jersey.

### Michael A. McDonough

Michael McDonough's areas of practice include commercial litigation and intellectual property law. He has represented a diverse range of clients in a broad range of business related disputes.

Mr. McDonough graduated from the University of Scranton with a B.A. in History. He received his law degree from St. John's University School of Law, where he was an editor on the St. John's Journal of Legal Commentary.

**Publications**
"Mail Fraud and the Good Faith Defense," 14 St. John's Journal of Legal Commentary 279, (1999)

**State Bar Admissions**
New York, New Jersey

**Court Admissions**
U.S. District Court, Southern District of New York; District of New Jersey.

**Andrew E. Platek**

Andrew Platek graduated from Rutgers College in New Brunswick, New Jersey with honors in History. He received his law degree from New York University in 2000.

After completing law school, Mr. Platek entered the law firm of Fried, Frank, Harris, Shriver & Jacobson in New York as an associate in 2000. At Fried, Frank, Mr. Platek worked on corporate, litigation and anti-trust matters. These matters included mergers and acquisitions, securities offerings (both public and private), complex securities litigation, corporate governance issues, Hart-Scott-Rodino filings, and even a death penalty case.

Mr. Platek joined Entwistle & Cappucci's New York office in May 2004, Mr. Platek has been engaged in the *In re Royal Ahold N.V. Securities & ERISA Litigation*, representing the Co-Lead Plaintiffs, the Public Employees' Retirement Association of Colorado and Generic Trading of Philadelphia, LLC, in one of the largest securities frauds that a European company has ever perpetrated in the United States.

**State Bar Admissions**
New York

**Court Admissions**
U.S. District Court for the Southern District of New York

**Frank S. Rossi, II**

Frank S. Rossi, II graduated summa cum laude from Union College in Schenectady, New York in 1998 with a Bachelor of Arts Degree in Political Science. He received his Juris Doctor Degree from Harvard Law School in 2001. He is a member of the New York State Bar Association.

Mr. Rossi was previously associated with the law firm of McDermott, Will & Emery LLP in New York, where his practice area was bankruptcy and distressed company transactions, and he was influential in the representation of IDT Corporation's subsidiary Winstar Holdings LLC in its purchase of Winstar Communications Inc. and its related subsidiaries in December 2001.

At Entwistle & Cappucci LLP, Mr. Rossi is assisting in securities class action work, including the firm's lead representation in the class action litigation in the *In re Royal Ahold N.V. Securities & ERISA Litigation* case.

**State Bar Admissions**
New York

**Locksley O. Wade**

Locksley O. Wade spent most of his career in the Office of the Attorney General of Florida, successfully defending constitutional challenges to State laws and administrative rules both in Federal and State Courts from inception to appeals. For his outstanding work for the State of

Florida, Mr. Wade was the recipient of the 1998 Davis Productivity Award for the State of Florida.

Mr. Wade, a graduate of Baruch College in New York and Nova Southeastern University Law Center, is a member of the Florida Bar, the U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Court, Northern, Middle and Southern Districts of Florida. He practices primarily in the areas of complex business and securities litigation.

**State Bar Admissions**
Florida

**Court Admissions**
U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court for the Northern, Middle and Southern Districts of Florida.

### Michael D. Keenan

Michael Keenan graduated from Vassar College with B.A.s in Political Science and Theater. He received his law degree from Fordham University School of Law in 2004, where he was a member of moot court and Fordham's Environmental Law Journal. As a member of moot court, he was Captain of the team that captured Best Petitioner's Brief at the University of San Diego School of Law's National Criminal Procedure Competition. He was also the Associate Editor of the Irving R. Kaufman Memorial Securities Law Moot Court Competition.

Prior to attending law school, Mr. Keenan worked for over five years in corporate finance as an Assistant Vice President in Fleet Bank's Media and Entertainment Division, and as an Associate in Citicorp's Loan Syndications Division.

Mr. Keenan has been with Entwistle & Cappucci since January of 2003. In connection with the *In Re Royal Ahold N.V. Securities & Erisa Litigation*, Mr. Keenan played an important role on the litigation team that recently recovered $1.1 billion.

**State Bar Admissions**
New York, New Jersey

**Court Admissions**
U.S. District Court for the Southern and Eastern Districts of New York; District of New Jersey.

### Amita Singh

Amita Singh graduated from Emory University with a B.A. in International Relations and Economics. She received her J.D. from the University of Georgia School of Law and her L.L.M. in Securities and Financial Regulation at Georgetown University Law Center, where her thesis was entitled "The Uncertainty of the Scope of the Duty to Update: The Impact of Regulatory Reforms on Corporate Disclosure."

Ms. Singh has a strong financial background, including experience in the Division of Enforcement at the Securities and Exchange Commission in Washington, D.C. Ms. Singh is

currently working on the case against Deloitte & Touche related to the *In Re Royal Ahold N.V. Securities & Erisa Litigation*, representing the Co-Lead Plaintiffs, the Public Employees' Retirement Association of Colorado and Generic Trading of Philadelphia, LLC in one of the largest securities frauds that a European company has ever perpetrated in the United States.

**Publications**
Amita Singh, International Institutions, 36 Int'l Law. 699 (Summer 2002)

**State Bar Admissions**
Georgia

Admission pending in New York.

## Darby J. Green

Darby Green graduated from Dartmouth College in 2001 with a B.A. in Geography. She received her J.D. from Vanderbilt University Law School in 2004, where she was a Notes Editor on the Vanderbilt Journal of Entertainment Law & Practice and a member of the Moot Court Board.

Ms. Green has interned for Hon. Denise L. Sher and Hon. Scott Fairgrieve, who both preside at the District Court of Nassau County in Hempstead, NY. She also served as an intern for the legal department at ESPN, Inc., where she performed substantial transactional and intellectual property work.

At Entwistle & Cappucci LLP, Ms. Green practices primarily in the area of complex securities litigation. She is involved in a number of cases at the Firm, most notably *In re Royal Ahold N.V. Securities & ERISA Litig.* and private actions related to *In re Qwest Communications Int'l, Inc. Sec. Litig.*

**Publications**
"Almost Famous: Reality Television Participants as Limited-Purpose Public Figures," 6 Vand. J. Ent. L. & Prac. 94 (2003).

**State Bar Admissions**
New York

**Court Admissions**
U.S. District Court for the Southern District of New York

## Tara Di Luca

Tara Di Luca graduated from Fordham University in 2000 with a B.A in Political Science and a minor in Communication and Media Studies. She received her J.D. from Pace Law School in 2004. While at Pace, Ms. Di Luca participated in both the Grand Moot Court and the National Trial Advocacy Competition and served as President of the Italian American Law Students Organization.

Ms. Di Luca interned for the Westchester District Attorney's Office, Narcotics Bureau and for the United States Army Office of the Staff Judge Advocate at the United States Military Academy. She also was an intern for the Honorable Joan O. Cooney in White Plains Family Court.

At Entwistle & Cappucci LLP, Ms. Di Luca is involved in the *In Re Royal Ahold N.V. Securities & ERISA Litigation*, assisting the firm as it represents the Co-Lead Plaintiffs in this significant securities class action suit. Ms. Di Luca is also currently assisting the firm with In re Authentidate Holding Corporation and Amerigroup Corporation Securities Litigation class action suits.

### Publications
Tort Liability in Sports Products Liability, New York Bar Association Entertainment, Arts and Sports Law Journal, Spring 2004

### State Bar Admissions
New York

### Seth A. Brookman

Seth A. Brookman attended the London School of Economics and New York University. In 2001 he graduated with a Bachelor of Arts degree in Political Science. He received his Juris Doctor from Fordham University School of Law in 2005.

While attending Fordham, Mr. Brookman was a member of the Moot Court Editorial Board, the Brendan Moore Trial Advocacy Team, and the International Law Journal. As a member of the Trial Advocacy Team he won the Outstanding Advocate Award during the 2004 Georgetown University National Mock Trial Tournament. Thereafter, Mr. Brookman was a Semi-Finalist at the 2005 ATLA Student Trial Advocacy Competition. He was the Magna Cum Laude recipient of the Archibald R. Murray Public Service Award and was granted the Hon. Irving R. Kaufman Scholarship.

Prior to joining Entwistle & Cappucci LLP, Mr. Brookman was an intern for the National Association of Securities Dealers, the Fordham University Securities Arbitration Clinic, Fragomen, Del Rey, Bernsen, & Loewy, LLP, and Justice Abraham Gerges. In addition, he was a research assistant for Dean John Feerick and a litigation paralegal at Kramer, Levin, Naftalis, & Frankel, LLP.

Mr. Brookman has been with the firm since August of 2005 and is currently engaged in the In re CMS Energy Corporation Securities Litigation, representing one of the lead plaintiffs, in one of the largest pending energy trading fraud class actions involving in excess of $8 billion in falsely reported round-trip trades.

### State Bar Admissions
New York, New Jersey

### Court Admissions
U.S. District Court, District of New Jersey

**Daniel J. Driscoll, IV**

Daniel J. Driscoll holds a bachelor's degree in history (2000) from St. Mary's College of Maryland, where his thesis was entitled "The English Basis for Chesapeake Vernacular Architecture in the Seventeenth Century. He received his J.D. in 2005 from St. John's University School of Law, where he was a member of moot court.

Prior to attending law school, Mr. Driscoll was a paralegal at Entwistle & Cappucci LLP and worked on a number of complex securities litigations, including the investigations of In re BankAmerica Securities Litigation, in which the firm was a member of the executive committee, and In re Providian Financial Corporation Securities Litigation. He returned to the firm in 2004 and is now an associate of the firm assigned to its securities litigation department. Currently, Mr. Driscoll is working on In re Royal Ahold N.V. Securities & ERISA Litigation.

**Jordan A. Cortez**

Jordan A. Cortez graduated from Dartmouth College with honors receiving a B.A. in Government in 2001. He received his J.D. from the University of Notre Dame Law School in 2005 where, as a member of the Notre Dame Seventh Circuit Moot Court team, he prepared an appellate brief and participated in oral argument on behalf of a habeas corpus petitioner before the Seventh Circuit Court of Appeals in Chicago, Illinois.

At Entwistle & Cappucci LLP, Mr. Cortez practices in the area of securities litigation and is currently working on the In Re Royal Ahold N.V. Securities & Erisa Litigation, representing the Co-Lead Plaintiffs, the Public Employees' Retirement Association of Colorado and Generic Trading of Philadelphia, LLC, in one of the largest securities frauds that a European company has ever perpetrated in the United States.

**State Bar Admissions**
New York

*Offices*

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: 212-894-7200
Facsimile: 212-894-7272

Entwistle & Cappucci LLP
200 Business Park Drive
Suite 305
Armonk, New York 10504
Telephone: 914-730-3200
Facsimile : 914-730-3206

Entwistle & Cappucci LLP
720 Brazos Street
Suite 1120
Austin, Texas 78701
Telephone: 512-275-7388
Facsimile: 512-480-8230

Entwistle & Cappucci LLP
333 West Wacker Drive
20th Floor
Chicago, Illinois 60606
Telephone: 312-251-9500
Facsimile: 312-251-9300

Entwistle & Cappucci LLP
120 South Monroe Street
Tallahassee, Florida 32302
Telephone: 850-671-4401
Facsimile: 850-671-4402

Entwistle & Cappucci LLP
30 Columbia Turnpike
P.O. Box 95
Florham Park, New Jersey 07932
Telephone: 973-236-0666
Facsimile: 973-236-9565

Entwistle & Cappucci LLP
1735 New York Avenue, NW
Washington, DC 20006
Telephone: 202-661-3960
Facsimile: 202-331-1024