# TAB 2

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
-----------------------------------------------------------------x

IN RE ROYAL AHOLD N.V.
SECURITIES & ERISA LITIGATION

Civil No.: 1:03-MD-01539

ALL SECURITIES ACTIONS

-----------------------------------------------------------------x

**AFFIDAVIT OF ANDREW RADDING IN SUPPORT OF LEAD COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FILED ON ADELBERG RUDOW DORF & HENDLER, LLC**

STATE OF MARYLAND    )
                     ): ss
CITY OF BALTIMORE    )

Andrew Radding, being duly sworn, deposes and says:

1.  I am member of the law firm of Adelberg Rudow Dorf & Hendler, LLC("Adelberg Rudow"). I submit this affidavit in support of Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses incurred in connection with services rendered in this case from inception through May 8, 2006 (the "Contingent Fee Period").

2.  Pursuant to the Court's November 4, 2003 Order appointing the Public Employees' Retirement Association of Colorado ("COPERA") and Generic Trading of Philadelphia, LLC ("Generic Trading") (together, "Lead Plaintiffs") as Lead Plaintiffs, the Court appointed my firm to serve as Liaison Counsel in this Action. Both prior to and after my firm's appointment as Liaison Counsel, we assisted Lead Counsel in the prosecution of this litigation, including reviewing documents to be filed with the Court, filing certain materials with the Court, advising on certain procedural matters, and attending Court hearings and conferences.

3. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by each attorney and paralegal of my firm who was involved in this litigation during the Contingent Fee Period, and the corresponding lodestar calculation based on my firm's current billing rate. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses and all related materials has not been included in my firm's lodestar calculation or in this request.

4. The hourly rates for attorneys and paralegals in my firm included in Exhibit 1 are the regular current rates charged for their services in similar matters.

5. The total number of hours expended on this litigation by my firm during the Contingent Fee Period is  1,522.8  hours. The total lodestar for my firm during the Contingent Fee Period is $356,259.00.

6. My firm's lodestar figures are based upon the firm's billings rates, which rates do not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

7. As detailed in Exhibit 2, my firm incurred a total of $8,512.28 in unreimbursed expenses in connection with this litigation during the Contingent Fee Period.

8. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred. These records are available at the request of the Court.

9. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm, which describes the experience of the firm in securities litigation and contains the biographies of the attorneys of the firm who worked on this litigation.

*Andrew Radding*

Sworn to before me this
9th day of May, 2006

*Colleen J. Donovan*
Notary Public

COLLEEN J. DONOVAN
MY COMMISSION EXPIRES:
June 1, 2008



**ARD&H Adelberg, Rudow, Dorf & Hendler, LLC**
*Attorneys At Law*

410.539.5195
410.539.5834 *fax*
www.AdelbergRudow.com

7 Saint Paul Street  |  Suite 600
Baltimore, Maryland 21202-1612

## Adelberg, Rudow, Dorf & Hendler, LLC

Royal Ahold N.V. Securities Litigation
Lodestar Report

Report Period: Inception through May 10, 2006

| Attorney/Paralegal | Status* | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Andrew Radding | M | 186.3 | $ 350.00 | $ 65,205.00 |
| Gregory M. Kline | A | 1,110.3 | $ 225.00 | $ 249,817.50 |
| H. Scott Jones | A | 142.9 | $ 210.00 | $ 30,009.00 |
| Eric D. Disharoon | A | 81.5 | $ 135.00 | $ 11,002.50 |
| Wendy J. Thompson | P | 1.8 | $ 125.00 | $ 225.00 |
|  |  | 1,522.8 |  | $ 356,259.00 |

* M=Member, A=Associate, P=Paralegal



**ARD&H** Adelberg, Rudow, Dorf & Hendler, LLC
*Attorneys At Law*

410.539.5195
410.539.5834 *fax*
www.AdelbergRudow.com

7 Saint Paul Street  |  Suite 600
Baltimore, Maryland 21202-1612

## Adelberg, Rudow, Dorf & Hendler, LLC

Royal Ahold N.V. Securities Litigation
Expense Report

Report Period: Inception through May 10, 2006

| Description | | Amount |
|---|---|---|
| Travel, Meals, Lodging | $ | 867.20 |
| Legal Research: | | |
|     PACER | | 150.88 |
|     Westlaw | | 790.19 |
| Photocopying: | | |
|     In-House | | 4,416.80 |
|     Other | | 67.88 |
| Court/Filing Fees | | 450.00 |
| Facsimile Transmission | | 820.50 |
| FedEx/Local Delivery | | 676.73 |
| Postage | | 372.10 |
| | $ | 8,612.28 |
| Less: Payment Received from U.S. Treasury | | (100.00) |
| | $ | **8,512.28** |

Prepared By: JHM                    2 of 2                    U:\JESSE\Entwistle06-05.xls

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
-------------------------------------------------------------x

IN RE ROYAL AHOLD N.V.
SECURITIES & ERISA LITIGATION

Civil No.: 1:03-MD-01539

ALL SECURITIES
ACTIONS

-------------------------------------------------------------x

## ADELBERG, RUDOW, DORF & HENDLER, LLC

Adelberg, Rudow, Dorf & Hendler, LLC is a broad-service law firm dedicated to promptly performing high quality legal services on a cost effective basis. The firm is committed to providing practical and innovative solutions to the increasingly complex legal issues facing individuals and businesses in today's environment on local, state, and national levels.

Our clients are representative of a wide spectrum of businesses, institutions, and professionals, such as manufacturers, food processors, wholesale and retail sales organizations, real estate developers, contractors, financial and banking institutions, municipal governments, non-profit organizations, and medical, dental, legal and accounting professional service groups.

Our attorneys handle a wide range of hearings, trials, and appeals in federal and state courts, before administrative agencies, and in arbitration proceedings. A very significant portion of our litigation practice focuses on commercial litigation, business torts and business breakups. The firm's litigators work closely with attorneys in other areas of concentration in formulating strategy, negotiating, and, when necessary, instituting or defending lawsuits. In addition, the background and experience of several members of the firm's litigation group uniquely equip our firm with the expertise needed to represent persons charged with serious white collar criminal offenses.

## ANDREW RADDING

City College of New York (Baruch School), B.B.A., 1965; Boston University School of Law, J.D., 1968; admitted to the Bars of Maryland, New York, and the District of Columbia; also admitted to practice in the U.S. District Court for the District of Maryland, Fourth Circuit Court of Appeals, U.S. Tax Court, and the United States Supreme Court. Mr. Radding's practice focuses on complex commercial and civil litigation, white collar criminal defense, and representation of professionals. After graduating from law school, Mr. Radding served as a graduate fellow in prosecution and defense at the Northwestern University School of Law for the academic year 1968-1969. He then became counsel to the United States House of Representatives Select Committee on Crime, and served in that capacity from 1969-1972, participating in investigative hearings throughout the United States with the Committee. Mr. Radding served as an Assistant United States Attorney for the District of Maryland from 1972-1977,

prosecuting complex conspiracy and related substantive charges in Federal Court. Since 1977, Mr. Radding has been in private practice, concentrating on complex and extended commercial, civil, white collar and domestic criminal litigation in the State and Federal Courts in Maryland, and elsewhere. Mr. Radding continues to be active in Bar and civic activities and has served in the following posts among others: President of the United States Attorney's Alumni Society, 1979 to date; President of the Federal Bar Association, Baltimore Chapter, 1986-1987; Chairman, Judiciary Committee for the Bar Association of Baltimore City, 1996-1997; Chairman, Bi-Centennial Celebration Committee for the U.S. District Court for the District of Maryland, 1988-1990; the Judicial Selection Committee for the U.S. District Court Vacancy, 1986; Admissions Qualifications Committee of the U.S. District Court for the District of Maryland, 1986-1988; Federal Bench Bar Subcommittee of the Litigation Section of the Maryland State Bar Association, 1995-1999; Judicial Selection (Chairman), Ethics, and Membership (Chairman) Committees of the Bar Association of Baltimore City and currently serves as Chairman of the Fee Arbitration Committee and an elected Member of the Executive Council; Board of Directors of Maryland Institute for Continuing Professional Education of Lawyers, Inc., 1987-1991. He is a member of the American Bar Association, Federal Bar Association, the National Association of Criminal Defense Lawyers, and several local and specialty bar associations. He served on the State Administrative Board of Election Laws by Gubernatorial Appointment, 1995-1996. He served, by Mayoral Appointment, on the Executive Board of the Mayor's Domestic Violence Coordinating Committee in Baltimore City. He presently serves as an Inquiry Panel Member for the Attorney Grievance Commission of Maryland. He was an elected member of the Executive Council of the Bar Association of Baltimore City. Mr. Radding has been on the Adjunct Faculty of the University of Baltimore School of Law for 20 years, and is frequently contacted by the news media for commentary on legal matters. He serves as a faculty member for the Professionalism Course required of all new admittees to the Maryland Bar.

## GREGORY M. KLINE

University of Maryland Baltimore County, B.A., Political Science, 1993; Capital University Law and Graduate Center, J.D., 1996; admitted to the Bar 1996, Maryland and 1997, West Virginia. He was the recipient of the American Jurisprudence Award for Decedents' Estates. Mr. Kline focuses his practice on civil litigation. He formerly served as an attorney with the United States Department of Justice, Civil Division. Mr. Kline's experience also includes professional liability, insurance law, corporate and intellectual property litigation, white collar criminal defense and general civil litigation. Mr. Kline is an experience trial lawyer trying lengthy complex civil, business tort and white collar criminal cases in both federal and state courts. Mr. Kline is a member of the Federal Bar Association, Bar Association of Baltimore City, the Maryland State Bar Association and the West Virginia Bar Association.

## H. SCOTT JONES

Loyola College of Maryland, B.B.A., Accounting, 1991; University of Maryland School of Law, J.D., cum laude, 1996; admitted to the Bar 1996, Maryland. Mr. Jones was the recipient of the American Jurisprudence Award for Criminal Procedure. Mr. Jones focuses his practice on complex litigation. He also has experience in commercial transactions, taxation, and estate and trust matters. Mr. Jones is a Maryland Certified Public Accountant. He is a member of the Federal Bar Association, Bar Association of Baltimore City and the Maryland State Bar Association.

## ERIC D. DISHAROON

Western Maryland College n/k/a McDaniel College, B.A., Sociology, 1993; Western Maryland College n/k/a McDaniel College, M.S., Counselor Education, 1999; University of Baltimore School of Law, cum laude, 2005; admitted to the Bar 2005, Maryland. Mr. Disharoon focuses his practice in the areas federal civil and white collar criminal litigation. Mr. Disharoon is a member of the Maryland State Bar Association, the Baltimore County Bar Association and the Bar Association of Baltimore City.

## **SECURITIES LITIGATION CASES**

*In Re Royal Ahold*, United States District Court for the District of Maryland, Case Number 1:03-MD-01539

    -Appointed as Liaison Counsel on behalf of Lead Plaintiffs

*Black v. Martek Biosciences Corporation, et al.*, United States District Court for the District of Maryland, Case Number 1:05-CV-01224

    -Counsel for Plaintiff Fred Wright

*Jasinover v. LaFarge North America, et al.*, Circuit Court of Baltimore City, Maryland, Case Number 24-C-06-001584

    - Counsel for Plaintiff David Jasinover