# TAB 3

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

                     :

| | | |
|---|---|---|
| IN RE ROYAL AHOLD N.V. | : | Civil No.: 1:03-MD-01539 |
| SECURITIES & ERISA LITIGATION | : | |
| | : | ALL SECURITIES ACTIONS |

## AFFIDAVIT OF JEFFREY A. BARRACK IN SUPPORT OF LEAD COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FILED ON BEHALF OF BARRACK, RODOS & BACINE

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | )    ss |
| COUNTY OF PHILADELPHIA | ) |

Jeffrey A. Barrack, being duly sworn, deposes and says:

1.     I am a partner in the law firm of Barrack, Rodos & Bacine ("Barrack Rodos"). I submit this affidavit in support of Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses incurred in connection with services rendered in this case from inception through May 12, 2006 (the "Contingent Fee Period").

2.     My firm represents the District of Columbia Retirement Board, one of the parties that originally sought appointment as lead plaintiff in this litigation. My firm was selected by Lead Counsel and approved by Lead Plaintiffs to be one of a limited number of law firms to assist in the prosecution of this litigation, and the vast majority of the firm's effort was expended in discovery activities. As part of these efforts, attorneys from this firm spent months analyzing, reviewing and summarizing portions of the millions of pages of documents produced by the defendants and non-parties. We were able to review such documents in electronic form over a secure internet connection that comprised part of the state-of-the-art document review

technology that Lead Counsel implemented in this litigation. Attorneys from this firm communicated with Lead Counsel and other discovery team members on a regular basis.

3.      My firm was involved in many other activities in addition to discovery. The firm analyzed and participated in preparation of portions of the Consolidated Amended Securities Class Action Complaint (the "Complaint") filed on February 17, 2004; analyzed and participated in responding to certain arguments raised in defendants' motions to dismiss the Complaint; participated in meetings with an accounting expert; regularly communicated with Lead Counsel about the ongoing work being performed by the attorneys from this firm; and attended hearings before the Court.

4.      The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time expended by each attorney and paralegal of my firm who was involved in this litigation during the Contingent Fee Period, and the corresponding lodestar calculation based on my firm's current billing rate. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses and all related materials has not been included in my firm's lodestar calculation or in this request.

5.      The hourly rates for the attorneys and paralegals in my firm included in Exhibit 1 are the regular current rates charged for their services in similar securities fraud matters.

6.      The total number of hours expended on this litigation by my firm during the Contingent Fee Period is 7,724 hours. The total lodestar for the attorneys and paralegals of my firm during the Contingent Fee Period is $2,483,202.50.

2

7.     My firm's lodestar figures are based upon the firm's billings rates, which rates do not include charges for expense items.  Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

8.     As detailed in Exhibit 2, my firm incurred a total of $31,021.11 in unreimbursed expenses in connection with this litigation during the Contingent Fee Period.

9.     The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.  These records are available at the request of the Court.

10.    With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm, which describes the experience of the firm in securities litigation and contains biographies of the attorneys in the firm who worked on this litigation.

_____
Jeffrey A. Barrack

Sworn to before me this

4th day of May, 2006

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Marianna Bonatara, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Apr. 26, 2009
Member, Pennsylvania Association of Notaries

# EXHIBIT 1

## Royal Ahold N.V. Securities
## Time Report

### BARRACK, RODOS & BACINE

**Inception through May 3, 2006**

| | Total Hours | Hourly Rates | Lodestar |
|---|---|---|---|
| **Partners:** | | | |
| Leonard .. Barrack | 17.50 | $625.00 | $10,937.50 |
| Gerald J. Rodos | 11.25 | $600.00 | $6,750.00 |
| Daniel E. Bacine | 53.75 | $590.00 | $31,712.50 |
| Stephen R. Basser | 8.00 | $545.00 | $4,360.00 |
| Jeffrey W. Golan | 1.00 | $545.00 | $545.00 |
| M. Richard. Komins | 61.00 | $545.00 | $33,245.00 |
| Shelly L. Albert | 0.50 | $525.00 | $262.50 |
| Edward M. Gergosian | 6.75 | $525.00 | $3,543.75 |
| Leslie B. Molder | 4.75 | $525.00 | $2,493.75 |
| Jeffrey A. Barrack | 439.00 | $450.00 | $197,550.00 |
| Regina M. Calcaterra | 33.75 | $450.00 | $15,187.50 |
| **Total for Partners:** | **637.25** | | **$306,587.50** |
| **Associates:** | | | |
| Chad A. Carder | 479.25 | $340.00 | $162,945.00 |
| David E. Robinson | 111.50 | $340.00 | $37,910.00 |
| Syed A. Khan | 2,031.50 | $325.00 | $660,237.50 |
| Alison M. Munoz | 238.00 | $325.00 | $77,350.00 |
| Mballe M. Nkembe | 609.25 | $325.00 | $198,006.25 |
| Marilu .. Rodriguez-Bauer | 1,104.00 | $325.00 | $358,800.00 |
| Robert Jay. Schupler | 1,732.75 | $325.00 | $563,143.75 |
| Lisa M. Lamb | 16.25 | $295.00 | $4,793.75 |
| **Total for Associates:** | **6,322.50** | | **$2,063,186.25** |

# EXHIBIT 2

## Royal Ahold N.V. Securities
## Time Report

### BARRACK, RODOS & BACINE

**Inception through May 3, 2006**

| | Total Hours | Hourly Rates | Lodestar |
|---|---|---|---|
| **Paralegals:** | | | |
| Christopher M. Foulds | 2.75 | $175.00 | $481.25 |
| Maxine S. Goldman | 17.50 | $175.00 | $3,062.50 |
| Kenneth B. Lerner | 2.50 | $175.00 | $437.50 |
| Wanda I. Foster | 222.75 | $160.00 | $35,640.00 |
| Kathleen E. Harvey | 12.00 | $160.00 | $1,920.00 |
| Stephen A. Lance | 9.00 | $160.00 | $1,440.00 |
| Nina L. McGarvey | 10.25 | $160.00 | $1,640.00 |
| Joseph J. Morrison | 13.00 | $160.00 | $2,080.00 |
| Gavin R. O'Hara | 3.00 | $160.00 | $480.00 |
| Bambi M. York | 12.25 | $160.00 | $1,960.00 |
| Richard A. Bompadre | 7.00 | $140.00 | $980.00 |
| Latosha D. Crawley | 14.00 | $140.00 | $1,960.00 |
| Stephen A. Lance | 436.75 | $140.00 | $61,145.00 |
| Laura D. Keller | 1.50 | $135.00 | $202.50 |
| **Total for Paralegals:** | **764.25** | | **$113,428.75** |
| **Grand Totals:** | **7724.00** | | **$2,483,202.50** |

## Royal Ahold N.V. Securities
### EXPENSE REPORT

## <u>BARRACK, RODOS & BACINE</u>

<u>Inception through May 3, 2006</u>

| <u>Description</u> | <u>Total</u> |
|---|---|
| Commercial Copies | $220.25 |
| Computer and Other Research | $18,736.66 |
| Courier & Overnight Delivery Services | $95.91 |
| Court Fee(s) | $125.00 |
| Postage | $74.55 |
| Reproduction | $ 6,182.00 |
| Telephone | $ 2,571.06 |
| Transcripts | $    75.00 |
| Travel/Meals/Meetings | $ 2,940.68 |
| **Grand Total:** | **$31,021.11** |

# EXHIBIT 3

## BIOGRAPHY OF BARRACK, RODOS & BACINE

**Barrack, Rodos & Bacine** is extensively involved in complex class action litigation, including securities, antitrust and RICO matters, representing both plaintiffs and defendants.  The Firm has significant leadership positions in complex litigation, having been appointed by courts as lead counsel in numerous class actions throughout the United States, including those brought pursuant to the provisions of the Private Securities Litigation Reform Act.  Among the cases where the Firm has been appointed lead counsel are the following:

In re WorldCom, Inc. Securities Litigation, Master File No. 02-Civ-3288(DLC), the Honorable Denise L. Cote in the Southern District of New York;

In re Cendant Corporation Litigation, Master File No. 98-1664(WHW), the Honorable William H. Walls in the District of New Jersey;

In re McKesson HBOC, Inc. Securities Litigation, No. C-99-20743-RMW, the Honorable Ronald M. Whyte in the Northern District of California;

In re R & G Financial Corp.  Securities Litigation, No. 05 cv 4186, the Honorable John E. Sprizzo in the Southern District of New York

In re Daimler Chrysler  Securities Litigation, No. 00-0993, the Honorable Joseph J. Farnan, Jr. in the District of Delaware;

In re Schering-Plough Securities Litigation, Master File No. 01-CV-0829 (KSH/RJH), the Honorable Katherine Hayden in the District of New Jersey;

In re Apollo Group, Inc. Securities Litigation, Master File No. CV 04-2147-PHX-JAT, the Honorable James A. Teilborg Honorable James A. Teilborg in the District of Arizona;

In re Seibel Systems, Inc.  Securities Litigation, Master File No. 3:04-cv-00983-CRB, the Honorable Charles R. Breyer in the Northern District of California;

In re Sunbeam Securities Litigation, No. 98-8258-CIV-MIDDLEBROOKS, the Honorable Donald M. Middlebrooks in the Southern District of Florida;

In re Applied Micro Circuits Corp. Securities Litigation, No. 01-CV-0649-K(AJB) the Honorable Judith N. Keep in the Southern District of California;

Jason Stanley, et al. v. Safeskin Corporation, et al., Lead Case No.: 99cv0454-BTM (LSP) the Honorable Barry Ted Moskowitz in the Southern District of California;

In re Hi/Fn, Inc. Securities Litigation, Master File No. C-99-4531-SI , the Honorable Susan Illston in the Northern District of California;

In re Theragenics Corp. Securities Litigation, No. 1:99-CV-0141 (TWT) the Honorable Thomas W. Thrash in the Northern District of Georgia, Atlanta Division;

Bell, et al. v. Fore Systems, Inc., et al., Civil Action No. 97-1265, the Honorable Robert J. Cindrich in the Western District of Pennsylvania;

In re Envoy Corp. Securities Litigation, Civil Action No. 3-98-00760, the Honorable John T. Nixon in the Middle District of Tennessee, Nashville Division;

In re Paradyne Networks, Inc. Securities Litigation, Case No. 8:00-CV-2057-T-17E, the Honorable Elizabeth A. Kovachevich in the Middle District of Florida, Tampa Division;

In re Ford Motor Co. Securities Litigation, No. 00-74233, the Honorable Avern Cohn in the Eastern District of Michigan, Southern Division;

Smith v. Harmonic, Inc., et al. No. C-00-2287 PJH, the Honorable Phyllis J. Hamilton in the Northern District of California;

Smith, et al. v. Electronics For Imaging, Inc., et al., No. C-97-4739-CAL, the Honorable Charles A. Legge in the Northern District of California;

Allan Zishka, et al. vs. American Pad & Paper Company, et al., Civil Action No. 3:98-CV-0660-D, the Honorable Sidney A. Fitzwater in the Northern District of Texas, Dallas Division;

The Firm has extensive experience in trying to a jury nationwide class actions: In re WorldCom, Inc. Securities Litigation, Master File No. 02-Civ-3288(DLC) (Southern District of New York) (2005 jury trial against accounting firm Arthur

2

Andersen); Gutierrez v. Charles J. Givens Organization, et al., Case No. 667169 (Superior Court of California, County of San Diego), (1996 jury verdict in excess of \$14 million for plaintiff consumer class); In re Control Data Corporation Securities Litigation, 933 F.2d 616 (8th Cir. 1991); Gould v. Marlon, CV-86-968-LDG (D. Nev.) (1990 jury verdict for plaintiff class); Herskowitz v. Nutri/System, et al., 857 F.2d 179 (3rd Cir. 1988); and Betanzos v. Huntsinger, CV-82-5383 RMT (C.D. Cal.) (1987 jury verdict for plaintiff class).

*Leonard Barrack*, senior partner in Barrack, Rodos & Bacine, is a graduate of Temple University Law School (J.D. 1968) where he was Editor in Chief of the Temple Law Reporter. Mr. Barrack has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for 35 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bar of the Supreme Court of Pennsylvania in 1969, and is also a member of the bars of the U.S. Supreme Court, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Eastern District of Pennsylvania, and other federal circuit courts.

Mr. Barrack was appointed co-lead counsel in *In re WorldCom, Inc. Securities Litigation*, before the Honorable Denise L. Cote in the Southern District of New York. As counsel in *WorldCom*, Mr. Barrack was responsible for guiding both the vigorously prosecuted litigation – including the four-week trial against Arthur Andersen – as well as negotiating the ground-breaking settlements totaling more than \$6.13 billion with WorldCom's underwriters, its outside directors, and Arthur Andersen, in the midst of trial. He was also co-lead counsel in *In re Cendant Corporation Litigation*, before the Honorable William H. Walls in the District of New Jersey, at \$3.1 billion, the second largest securities class action settlement in history; *In re McKesson HBOC, Inc. Securities Litigation*, pending before the Honorable Ronald M. Whyte in the Northern District of California, which has partially settled for \$960 million and is still pending against the company's outside auditor and its investment banker; and *In re*

3

*Sunbeam Securities Litigation,* before the Honorable Donald M. Middlebrooks in the Southern District of Florida, among many others.

Mr. Barrack has had extensive trial and deposition experience in complex actions including the successful trial of derivative lawsuits under Section 14(a) of the Securities Exchange Act of 1934; Gladwin v. Medfield, CCH Fed. Sec. L. Rep. ¶95,012 (M.D. Fla. 1975), aff'd, 540 F.2d 1266 (5th Cir. 1976); Rafal v. Geneen, CCH Fed. Sec. L. Rep. ¶93,505 (E.D. Pa. 1972). In addition, Mr. Barrack has lectured on class actions to sections of the American and Pennsylvania Bar Association and is the author of Developments in Class Actions, The Review of Securities Regulations, Volume 10, No. 1 (January 6, 1977); Securities Litigation, Public Interest Practice and Fee Awards, Practicing Law Institute (March, 1980).

***Gerald J. Rodos***, partner in Barrack, Rodos & Bacine, is a graduate of Boston University (B.A. 1967) and an honor graduate of the University of Michigan Law School (J.D. Cum Laude 1970). Mr. Rodos has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for 33 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bar of the Supreme Court of Pennsylvania in 1971, and is also a member of the bars of the Supreme Court of the United States, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Eastern District of Pennsylvania, and other federal circuit courts.

Mr. Rodos has been appointed lead counsel, *inter alia*, in *Payne, et al. v. MicroWarehouse, Inc., et al.,* before the Honorable Dominic J. Squatrito in the District of Connecticut; *In re Sunbeam Securities Litigation,* pending before the Honorable Donald M. Middlebrooks in the Southern District of Florida; *In re Regal Communications Securities Litigation*, before the Honorable James T. Giles in the Eastern District of Pennsylvania; *In re Midlantic Corp. Shareholders Securities Litigation*, before the Honorable Dickinson R. Debevoise in the District of New Jersey; and *In re Craftmatic Securities Litigation*, before the Honorable Joseph L. McGlynn, Jr. in the Eastern District of

4

Pennsylvania, among many others.  Mr. Rodos also represents lead plaintiff in the *WorldCom* litigation.

Mr. Rodos is the co-author of Standing To Sue Of Subsequent Purchasers For Antitrust Violations -- The Pass-On Issue Re-Evaluated, 20 S.D.L. Rev. 107 (1975), and Judicial Implication of Private Causes of Action; Reappraisal and Retrenchment, 80 Dick. L. Rev. 167 (1976).

***Daniel E. Bacine***, partner in Barrack, Rodos & Bacine, is a graduate of Temple University (B.S. 1967) and of Villanova University School of Law (J.D. 1971), where he was an Associate Editor of the Law Review and a member of the Order of the Coif.  Mr. Bacine has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for 31 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees.  He was admitted to the bar of the Supreme Court of Pennsylvania in 1971, and is also a member of the bars of the U.S. Court of Appeals for the Third Circuit and the U.S. District Court for the Eastern District of Pennsylvania.

Mr. Bacine is an experienced civil litigator in both the federal and state courts, having tried jury and non-jury securities and other commercial cases, including cases involving disputes between securities brokerage firms and their customers.  He has been lead or co-lead counsel in various class actions, including, *inter alia*, *In re American Travellers Corp. Securities Litigation*, in the Eastern District of Pennsylvania; *Kirschner v. CableTel Corp.*, in the Eastern District of Pennsylvania; *Lewis v. Goldsmith*, in the District of New Jersey; and *Crandall v. Alderfer* (Old Guard Demutualization Litigation), in the Eastern District of Pennsylvania.

***Jeffrey A. Barrack***, partner in Barrack, Rodos & Bacine, is a graduate of Clark University (B.A. 1990), Boston College (M.A. 1992) and Temple University School of Law (J.D. 1996).  Mr. Barrack has served under the Philadelphia District Attorney and the United States Attorney assisting in the prosecution of complex white-collar crime in the Eastern District of Pennsylvania.  In addition to representing plaintiffs in securities

5

fraud, antitrust and other class actions, Mr. Barrack has represented both plaintiff and defendant individual and corporate clients in environmental, consumer and business tort litigation in both state and federal courts.

Mr. Barrack was a principal member of the litigation team in In re WorldCom, Inc. Securities Litigation, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote, a prosecution that yielded a record-breaking recovering of more than $6.13 billion for defrauded investors.  Mr. Barrack served as the lead attorney on auditing and accounting issues in the case and participated in the four week trial in the District Court for the Southern District of New York of the only non-settling defendant, WorldCom's former auditor Arthur Andersen LLP.  Mr. Barrack has successfully litigated other high-profile cases which received nationwide recognition, including In re DaimlerChrysler AG Securities Litigation, Master Docket No. 00-0993 (JJF), before the Honorable Joseph J. Farnan, Jr. in the District of Delaware; In re Sunbeam Securities Litigation, No. 98-8258-CIV-MIDDLEBROOKS, before the Honorable Donald M. Middlebrooks in the Southern District of Florida; In re Citric Acid Antitrust Litigation, Master File No. 95-2963, before the Honorable Charles A. Legge in the Northern District of California; and is currently litigating cases such as In re McKesson HBOC, Inc. Securities Litigation, No. C-99-20743-RMW, pending before the Honorable Ronald M. Whyte in the Northern District of California; In re: R & G Financial Corporation Securities Litigation, Master File No. 05-Civ-4186 (JES), pending before the Honorable John E. Sprizzo in the Southern District of New York; and In re Bridgestone Securities Litigation, Master File No. 3:01-0017, pending before the Honorable Robert L. Echols in the Middle District of Tennessee.

Mr. Barrack also serves as a member of the Whitemarsh Township Public Employees' Retirement Committee in Montgomery County, Pennsylvania.

*Stephen R. Basser*, partner in Barrack, Rodos & Bacine, is a graduate of the American University, Washington D.C. (1973, B.A., English Literature with Honors) and Temple University School of Law, Philadelphia, Pennsylvania (1976, J.D., *cum laude*), where he was awarded the honor of "Highest Grade and Distinguished Class

6

Performance" by its nationally renowned clinical trial litigation program. Mr. Basser, the head of our San Diego, California, office, has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for 24 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bars of the Supreme Court of Pennsylvania in 1976, the Supreme Court of New Jersey in 1977, and the Supreme Court of California in 1985. He is also a member of the bars of a number of federal circuit courts of appeal and district courts.

Mr. Basser is an experienced civil litigator in federal and state courts and has successfully tried numerous civil jury and non-jury cases to verdict. In addition to litigating product liability, medical malpractice, catastrophic injury, mass toxic tort and complex business disputes, Mr. Basser has extensive experience prosecuting securities class actions, including actions against Pfizer, Inc., Procyte Corp., Wall Data Corp., Louisiana-Pacific Corp., Samsonite Corp., TriTeal Corp., Sybase, Inc., Silicon Graphics, Inc., Orthologic Corp., Adobe, PeopleSoft, Inc., Safeskin Corp., and Informix Corporation. Mr. Basser represented lead plaintiff the Florida State Board of Administration in *In re Applied Micro Circuits Corp. Securities Litigation*, Lead Case No. 01-cv-0649-K (AJB), which recently settled for $60 million, the largest recovery in a securities class action in the Southern District of California since passage of the PSLRA. He is also serving as counsel for the NYSCRF, lead plaintiff in *In re McKesson HBOC, Inc. Securities Litigation*, No. C-99-20743-RMW, pending before the Honorable Ronald M. Whyte in the Northern District of California.

*Regina M. Calcaterra*, partner in Barrack, Rodos & Bacine, is a graduate of Seton Hall University School of Law (J.D. 1996) and State University of New York at New Paltz (B.A. Political Science 1988). She came to the firm after serving as Deputy General Counsel of the New York City Employees' Retirement System (NYCERS), which is one of the largest public pension systems in the nation. Ms. Calcaterra has extensive experience in both law and government. She also served as the Chief Lobbyist and Director of Intergovernmental Relations to New York City Comptroller

7

Alan G. Hevesi.  In 1999, she was appointed to and served on New York Governor Pataki's Commission on Electronic Signatures and Records while serving as Technology Counsel at Prudential Securities.  In addition, Ms. Calcaterra has served as an adjunct professor of public administration at the City University of New York's Baruch College. She represents BR&B at the National Association of Public Pension Attorneys; National Association of State Treasurer's; Council for Institutional Investors; International Corporate Governance Network and the Information Management Institute. She also lectures on securities-related matters to public pension fund counsel and trustees.

*Chad A. Carder* is a 1999 honors graduate of The Ohio State University (B.A. Political Science) and a 2002 graduate of the College of William and Mary, Marshall-Wythe School of Law, where he was awarded a Graduate Research Fellowship and served as a Justice on the William and Mary Moot Court Board.  Before joining the firm's Philadelphia office, Mr. Carder served as the law clerk to the Honorable Michael J. Hogan of the New Jersey Superior Court.  He is a member of the American Bar Association and Pennsylvania Bar Association.

*Jeffrey W. Golan*, partner in Barrack, Rodos & Bacine, is an honors graduate of Harvard College (A.B. 1976) and the Georgetown University Law Center (J.D. 1980).  Mr. Golan served in 1980-1981 as the law clerk to Judge Edwin D. Steel, III, of the United States District Court in the District of Delaware.  He has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for 20 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees.  He was admitted to the bar of the Supreme Court of Pennsylvania in 1981, and is also a member of the bars of the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Eastern District of Pennsylvania, and other federal circuit courts.

Mr. Golan is an experienced civil litigator in both the federal and state courts representing plaintiffs and defendants in, *inter alia*, securities, antitrust and class action lawsuits.  Mr. Golan was one of the principal attorneys responsible for litigating

8

*In re WorldCom, Inc. Securities Litigation*, Master File No. 02 Civ. 3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York, with hands-on responsibility for the vigorously-prosecuted litigation (resulting in the historic $6.1 billion settlement) – including the four-week trial against Arthur Andersen.  Mr. Golan also took leading roles in the prosecution of *In re Cendant Corporation Litigation*, before the Honorable William H. Walls in the District of New Jersey, the second largest securities class action settlement in history; and of *In re DaimlerChrysler Securities Litigation*, before the Honorable Joseph Farnan in the District of Delaware.

In August 2003, Mr. Golan was also the lead attorney for the firm in a trial of an action in the Delaware Chancery Court, Equity Asset Investment Trust, et al. v. John G. Daugman, et al., C.A. No. 20395, in which the firm represented Iridian Technologies, Inc. (the world leader in iris recognition technologies) and its common shareholder-elected directors.  The case was brought against Iridian and its common directors on June 30, 2003, and was prepared for trial within two months.

***Syed Ahmed Ali Khan*** is a graduate of Suffolk University Law School (1997, J.D., *cum laude*), and a graduate of Boston College (1994, B.S., Accounting).

***M. Richard Komins***, partner in Barrack, Rodos & Bacine, is a graduate of Brandeis University (A.B., *cum laude*, 1969) and the Georgetown University Law Center (J.D., *cum laude*, 1980) and was an editor of the journal Law and Policy in International Business (LPIB).  Mr. Komins has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for 19 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees.  He was admitted to the bar of the Supreme Court of Pennsylvania in 1980, and is also a member of the bars of the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Eastern District of Pennsylvania, and other federal circuit courts.

Mr. Komins practices primarily in the area of complex commercial civil litigation, including securities class action litigation.  He is serving as counsel for the NYSCRF, lead plaintiff in *In re McKesson HBOC, Inc. Securities Litigation*, No. C-99-20743-RMW, pending before the Honorable Ronald M. Whyte in the Northern District

9

of California, and served as counsel for the CWA/ITU Negotiated Pension Plan, one of the lead plaintiffs in the *In re Sunbeam Securities Litigation*, and was responsible in large part for a \$110 million settlement from Arthur Andersen LLP and the \$15.25 million, plus insurance, settlement (total of about \$30 million) with the individual defendants in the case.

*Lisa M. Lamb* is a graduate of Princeton University (B.A. Psychology, with honors 2000) and a graduate of Villanova University School of Law (J.D., summa cum laude 2003). While at Villanova, Ms. Lamb was an Associate Editor of the Villanova Law Review and member of the Order of the Coif.

Before joining Barrack, Rodos & Bacine's Philadelphia office, Ms. Lamb practiced corporate law at a major national law firm, where her practice focused on securities regulation, mergers and acquisitions, venture financings, and public and private debt and securities offerings. Ms. Lamb is a member of the American, Pennsylvania, and Philadelphia Bar Associations.

*Leslie B. Molder*, partner in Barrack, Rodos & Bacine, is an honors graduate from the University of Michigan (A.B. *magna cum laude* 1980) as well as from the National Law Center at the George Washington University (J.D. *cum laude* 1983). Ms. Molder practices primarily in the area of complex civil litigation, including securities class actions, antitrust class actions and policyholder actions against insurance companies and has participated in the trials of a variety of commercial cases, including cases involving disputes between securities brokerage firms and their customers. She is also the firm's settlement attorney, specializing in documenting and effectuating settlements of class actions and assisting clients throughout the settlement process.

*Alison M. Muñoz* is a graduate of Princeton University, Princeton, New Jersey (B.A., 1987, English) and Temple University School of Law, Philadelphia, Pennsylvania (J.D., 1996).

*Mballe M. Nkembe* is a graduate of the Beasley School of Law, Temple University (J.D. 2001), and a 1994 graduate of the State University of New York at Stony Brook.

*David E. Robinson* is a graduate of Dickinson College (1993, B.A., English Literature), the University of Pennsylvania (1994, M.A., East Asian/Japanese Studies), and Temple University School of Law (1997, J.D.).  Mr. Robinson is admitted to the bar of the Supreme Court of Pennsylvania, and to the United States District Court for the Eastern District of Pennsylvania.

*Marilu Rodriguez-Bauer* is a graduate of Franklin Pierce Law Center, Concord, NH (2001 LLM in Intellectual Property) and Pontifical Catholic University School of Law, Ponce, Puerto Rico (J.D. 1997).

*Robert J. Schupler* is a graduate of Southwestern University School of Law (J.D. 1982) and a graduate of Drexel University (B.S. 1979).


In **In re WorldCom, Inc. Securities Litigation**, No. 02 Civ. 3288 (DLC), Barrack, Rodos & Bacine was co-lead counsel for the Class and achieved settlements in excess of $6.13 billion.  After a partial settlement with one group of defendants for in excess of $2.56 billion, the Court stated that *"the settlement amount ... is so large that it is of historic proportions."*  The Court found that *"Lead Counsel has performed its work at every juncture with integrity and competence.  It has worked as hard as a litigation of this importance demands, which for some of the attorneys, including the senior attorneys from Lead Counsel on whose shoulders the principal responsibility for this litigation rests, has meant an onerous work schedule for over two years."*  The Court further found that *"the quality of the representation given by Lead Counsel is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation. Lead Counsel has been energetic and creative.  Its skill has matched that of able and well-funded defense counsel.  It has behaved professionally and has taken care not to burden the Court or other parties with needless disputes.  Its negotiations with the*

11

*Citigroup Defendants have resulted in a settlement of historic proportions. It has cooperated with other counsel in ways that redound to the benefit of the class and those investors who have opted out of the class. The submissions of Lead Counsel to the Court have been written with care and have repeatedly been of great assistance."* The Court also found that *"In sum, the quality of representation that Lead Counsel has provided to the class has been superb".* In approving the final settlements totaling $3.5 billion, in an opinion and order dated September 20, 2005, the Court stated *"The impressive extent and superior quality of Lead Counsel's efforts as of May 2004 were described in detail in the Opinion approving the Citigroup Settlement. ... At the conclusion of this litigation, more than ever, it remains true that 'the quality of representation that Lead Counsel has provided to the class has been superb.' ... At trial against Andersen, the quality of Lead Counsel's representation remained first-rate. .. The size of the recovery achieved for the class – which has been praised even by several objectors – could not have been achieved without the unwavering commitment of Lead Counsel to this litigation."*

The Court also found that *"Despite the existence of these risks, Lead Counsel obtained remarkable settlements for the Class while facing formidable opposing counsel from some of the best defense firms in the country;"* and *"If the Lead Plaintiff had been represented by less tenacious and competent counsel, it is by no means clear that it would have achieved the success it did here on behalf of the Class." "It is only the size of the Citigroup and Underwriters' Settlements that make this recovery so historic, and it is likely that less able plaintiffs' counsel would have achieved far less."*

In **In re Cendant Corporation Litigation**, No. 98-CV-1664 (WHW) (D.N.J. December 7, 1999), Barrack, Rodos & Bacine was co-lead counsel for the Class and achieved settlements with defendants in excess of **$3.18 billion**, more than three times larger than the next highest recovery ever achieved in a securities law class action suit by that time. The Court stated that *"we have all been favored with counsel of the highest competence and integrity and fortunately savvy in the ways of the law and the*

12

*market."* The Court found that the "*standing, experience and expertise of counsel, the skill and professionalism with which counsel prosecuted the case and the performance and quality of opposed counsel were and are high in this action.*" The Court further found that the result of lead counsel's efforts were "*excellent settlements of uncommon amount engineered by highly skilled counsel with reasonable cost to the class.*"

In *Payne v. Micro Warehouse, Inc.*, No. 3:96CV1920(DJS) (D. Conn. Sept. 30, 1999), where Barrack, Rodos & Bacine was co-lead counsel for the shareholder class, the Court noted *"the exceptional results achieved by plaintiffs' counsel,"* who *"were required to develop and litigate this complex case solely through their own efforts,"* and concluded that *"the benefit conveyed to the class plaintiffs amply supports the conclusion that the plaintiffs' counsels' work was exceptional."*