**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

November 2, 2006

MEMO TO COUNSEL:     *In Re Royal Ahold N.V. Securities & ERISA Litigation*
                                         Civil No. 03-MD-1539, All Securities Actions

     I am today issuing a Memorandum and Order awarding attorneys' fees.  The form of the Order is largely based on that proposed by counsel in June 2006.  If any of the definitions or other provisions need to be modified, please let me know.

                Sincerely yours,

                /s/

                Catherine C. Blake
                United States District Judge