UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| In re ROYAL AHOLD N.V. SECURITIES & ERISA LITIGATION | ) No. 1:03-MD-01539 <br> ) <br> ) RELATED TO ALL ERISA ACTIONS <br> ) |

### ORDER FOR AWARD OF PLAINTIFFS' COUNSELS' FEES, EXPENSES, AND PLAINTIFFS' CASE CONTRIBUTION AWARD

WHEREAS, the parties entered into a Stipulation of Settlement dated June 15, 2006; and

WHEREAS, the Court entered a November 29, 2006 Order (the "Preliminary Approval Order") preliminarily certifying the putative class in this action for settlement purposes under Fed.R. Civ. P, 23, ordering that notice be given of the proposed settlement and plaintiffs' counsels' request for an award of attorneys' fees and expenses, and scheduling a final fairness hearing on February 9, 2007, wherein class members may object to the request for counsel fees;

WHEREAS, the Court is contemporaneously entering an Order that, *inter alia*, certifies the Settlement Class, approves the Settlement, and dismisses Class members' claims with prejudice;

WHEREAS, no Class member objected to the request for fees and expenses made by plaintiffs' counsel and the United States Trust Company, N.A. ("U.S. Trust") objected to the payment of an award of $1.1 million in attorneys' fees, which was more than the $750,000 now requested by plaintiffs' counsel;

WHEREAS, the Court held the fairness hearing on February 9, 2007 to consider final approval of the Settlement and the award of attorneys' fees and expenses;

NOW THEREFORE, based on the submissions of the parties, the argument of counsel at the fairness hearing, and on this Court's findings of fact and conclusions of law; it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The June 15, 2006 Stipulation of Settlement and all exhibits thereto are hereby incorporated herein.

2. The findings of fact and conclusions of law set forth in the contemporaneous Order approving the ERISA settlement as fair and reasonable entered on February 9, 2007 are hereby incorporated herein.

3. Plaintiffs' counsel are hereby awarded $750,000, of the $2.5 million ERISA settlement fund, which constitutes 30% of the settlement fund and is less than the lodestar, in full payment of their fees, and are further awarded $224,110.48 for expenses incurred during the litigation of this action.

4. Plaintiff Michael Lane is hereby awarded $10,000 in recognition of his diligent assistance in the prosecution of this action.

5. The payment of the fee award, expenses, and case contribution award to Mr. Lane shall be made in a manner consistent with the terms of the Stipulation of Settlement and the final Order of this Court approving the Settlement as fair, adequate, and reasonable.

SO ORDERED this __12th__ day of February 2007.

                                                        _/s/_
                                          THE HONORABLE CATHERINE C. BLAKE
                                        UNITED STATES DISTRICT COURT JUDGE